**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LVL PATENT GROUP, LLC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-831-SLR |
| | ) |
| AMAZON.COM, INC.; EBAY INC.; KAYAK | ) **JURY TRIAL DEMANDED** |
| SOFTWARE CORPORATION; EXPEDIA INC.; | ) |
| PRICELINE.COM INCORPORATED; | ) |
| TRAVELOCITY.COM, LP; ORBITZ | ) |
| WORLDWIDE, INC.; AMERICAN AIRLINES, | ) |
| INC.; DELTA AIRLINES, INC.; UNITED | ) |
| AIRLINES, INC.; SOUTHWEST AIRLINES CO.; | ) |
| AVIS BUDGET GROUP, INC.; THE HERTZ | ) |
| CORPORATION; HOTELS.COM L.P.; | ) |
| MARRIOTT INTERNATIONAL, INC.; HILTON | ) |
| WORLDWIDE, INC.; STARWOOD HOTELS | ) |
| AND RESORTS WORLDWIDE, INC.; AND | ) |
| INTER-CONTINENTAL HOTELS | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff LVL Patent Group, LLC and Defendant Delta Air Lines, Inc. ("Delta"), subject to the approval of the Court, that Delta's time to move, answer, or otherwise respond to the Complaint in this action shall be extended to November 23, 2011.

2

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/Stephen B. Brauerman*<br>Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff LVL Patent Group, LLC* | By: */s/David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant Delta Air Lines, Inc.* |

   IT IS SO ORDERED this _____ day of _____, 2011.

                                                                                         
                                                    U.S.D.J.

1031567 / 38411