IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-831 (SLR) |
| | ) |
| AMAZON.COM, INC.; EBAY INC.; KAYAK SOFTWARE CORPORATION; EXPEDIA INC.; PRICELINE.COM INCORPORATED.; TRAVELOCITY.COM, LP.; ORBITZ WORLDWIDE, INC.; AMERICAN AIRLINES, INC.; DELTA AIRLINES, INC.; UNITED AIRLINES, INC.; SOUTHWEST AIRLINES CO.; AVIS BUDGET GROUP, INC.; THE HERTZ CORPORATION; HOTELS.COM L.P.; MARRIOTT INTERNATIONAL, INC. HILTON WORLDWIDE, INC.; STARWOOD HOTELS AND RESORTS WORLDWIDE, INC.; AND INTERCONTINENTAL HOTELS CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

       IT IS HEREBY STIPULATED by and between Plaintiff LVL Patent Group, LLC and Defendant eBay Inc. ("eBay"), subject to the approval of the Court, that the time for eBay to move, answer or otherwise respond to the Complaint is hereby extended through and including November 30, 2011.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Stephen B. Brauerman* | */s/ Karen Jacobs Louden* |
| Richard D. Kirk (#922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (#4952) | Karen Jacobs Louden (#2881) |
| 222 Delaware Avenue | 1201 North Market Street |
| Suite 900 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 658-9200 |
| rkirk@bayardlaw.com | jblumenfeld@mnat.com |
| sbrauerman@bayardlaw.com | klouden@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for eBay Inc.* |

SO ORDERED this _____ day of October 2011.

_____
J.