**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMAZON.COM, INC., EBAY INC., KAYAK SOFTWARE CORPORATION, EXPEDIA INC., PRICELINE.COM INCORPORATED, TRAVELOCITY.COM, LP, ORBITZ WORLDWIDE, INC., AMERICAN AIRLINES, INC., DELTA AIRLINES, INC., UNITED AIRLINES, INC., SOUTHWEST AIRLINES CO., AVIS BUDGET GROUP, INC., THE HERTZ CORPORATION, HOTELS.COM L.P., MARRIOTT INTERNATIONAL, INC., HILTON WORLDWIDE, INC., STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., and INTERCONTINENTAL HOTELS CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 11-831-SLR<br><br>**JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as Delaware counsel on behalf of defendant Delta Airlines, Inc.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By: */s/ Richard L. Horwitz* |
| Lawrence B. Goodwin | Richard L. Horwitz (#2246) |
| KASOWITZ, BENSON, TORRES AND | David E. Moore (#3983) |
| FRIEDMAN LLP | 1313 N. Market Street |
| 1633 Broadway | Hercules Plaza, 6th Floor |
| New York, NY 10019 | Wilmington, DE 19801 |
| Tel: (212) 506-1795 | Tel: (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Dated: October 19, 2011 | |
| 1031887 / 38411 | *Attorneys for Defendant Delta Airlines, Inc.* |

2