# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 11-831-SLR<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION TO EXTEND TIME FOR
## DEFENDANT AMERICAN AIRLINES, INC.
## TO RESPOND TO COMPLAINT

Plaintiff LVL Patent Group, LLC ("Plaintiff") respectfully moves this Court to extend the deadline for defendant American Airlines, Inc. ("Defendant") to answer, move or otherwise respond to the Complaint filed in this matter until November 30, 2011. The grounds for this motion are that Defendant requested, and Plaintiff has agreed, to extend the deadline to answer, move, or otherwise respond to the Complaint, as set forth above, while Defendant selects counsel and investigates Plaintiff's claims. Defendant consents to the filing of this motion.

| | |
|---|---|
| October 19, 2011 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* |
| Marc A. Fenster | Richard D. Kirk (rk0922) |
| Russ, August & Kabat | Stephen B. Brauerman (sb4952) |
| 12424 Wilshire Boulevard, Twelfth Floor | 222 Delaware Avenue, Suite 900 |
| Los Angeles, CA 90025-1031 | Wilmington, DE 19801 |
| (310) 826-7474 | (302) 655-5000 |
| mfenster@raklaw.com | rkirk@bayardlaw.com |
| | sbrauerman@bayardlaw.com |
| | *Attorneys for Plaintiff LVL Patent Group, LLC* |

**IT IS SO ORDERED** this _____ day of October, 2011.

_____
The Honorable Sue L. Robinson
United States District Court Judge

{BAY:01907179v1}