IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 11-831-LPS |
| | ) |
| AMAZON.COM, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Frederick L. Cottrell, III and the law firm of Richards, Layton & Finger in the above-captioned action as counsel to Defendant Marriott International, Inc.

Dated: October 20, 2011

/s/ *Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Travis S. Hunter (#5350)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cotttell@rlf.com
gaza@rlf.com
hunter@rlf.com

*Attorneys for Defendant*
*Marriott International, Inc.*