IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 11-831-LPS |
| | ) |
| AMAZON.COM, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

Please enter the appearance of Anne Shea Gaza and the law firm of Richards, Layton & Finger in the above-captioned action as counsel to Defendant Marriott International, Inc.

　　　　　　　　　　　　　　　　　　　*/s/ Anne Shea Gaza*
　　　　　　　　　　　　　　　　　　　Frederick L. Cottrell, III (#2555)
　　　　　　　　　　　　　　　　　　　Anne Shea Gaza (#4093)
　　　　　　　　　　　　　　　　　　　Travis S. Hunter (#5350)
　　　　　　　　　　　　　　　　　　　Richards, Layton & Finger, P.A.
　　　　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　　　　920 N. King Street
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　(302) 651-7700
　　　　　　　　　　　　　　　　　　　cotttell@rlf.com
　　　　　　　　　　　　　　　　　　　gaza@rlf.com
　　　　　　　　　　　　　　　　　　　hunter@rlf.com

Dated: October 20, 2011

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　*Marriott International, Inc.*