# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, )<br>)<br>       Plaintiff, )<br>)<br>  v. )<br>)<br>AMAZON.COM, INC., EBAY INC., KAYAK )<br>SOFTWARE CORPORATION, EXPEDIA INC., )<br>PRICELINE.COM INCORPORATED, )<br>TRAVELOCITY.COM, LP, ORBITZ )<br>WORLDWIDE, INC., AMERICAN AIRLINES, )<br>INC., DELTA AIRLINES, INC., UNITED )<br>AIRLINES, INC., SOUTHWEST AIRLINES )<br>CO., AVIS BUDGET GROUP, INC., THE )<br>HERTZ CORPORATION, HOTELS.COM L.P., )<br>MARRIOTT INTERNATIONAL, INC., )<br>HILTON WORLDWIDE, INC., STARWOOD )<br>HOTELS AND RESORTS WORLDWIDE, INC., )<br>and INTERCONTINENTAL HOTELS )<br>CORPORATION, )<br>)<br>       Defendants. ) | C.A. No. 11-831-SLR<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff LVL Patent Group, LLC and Defendant Amazon.com, Inc., subject to the approval of the Court, that Defendant Amazon.com, Inc.'s time to move, answer, or otherwise respond to the Complaint in this action shall be extended to November 30, 2011.

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Richard D. Kirk*<br>    Richard D. Kirk (#0922)<br>    Stephen B. Brauerman (#4952)<br>    222 Delaware Avenue, Suite 900<br>    Wilmington, DE  19801<br>    Tel:  (302) 655-5000<br>    rkird@bayardlaw.com<br>    sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff*<br>*LVL Patent Group, LLC* | By: */s/ Richard L. Horwitz*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    1313 N. Market Street<br>    Hercules Plaza, 6th Floor<br>    Wilmington, DE 19801<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Amazon.com, Inc.* |

Dated:  October 21, 2011

        IT IS SO ORDERED this _____ day of _____, 2011.

                                                           _____
                                                                   U.S.D.J.

1032130 / 37352