## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC,           )<br>                                                          )<br>          Plaintiff,                          )<br>                                                          )<br>     v.                                              )<br>                                                          )<br>AMAZON, COM, INC., EBAY INC., KAYAK    )<br>SOFTWARE CORPORATION, EXPEDIA, INC.   )<br>PRICELINE.COM INCORPORATED,           )<br>TRAVELOCITY.COM, LP, ORBITZ           )<br>WORLDWIDE, INC., AMERICAN AIRLINES    )<br>INC., DELTA AIRLINES, INC., UNITED    )<br>AIRLINES, INC., SOUTHWEST AIRLINES    )<br>CO., AVIS BUDGET GROUP, INC., THE     )<br>HERTZ COROPRATION, HOTES.COM L.P.,    )<br>MARRIOTT INTERNATIONAL, INC.,         )<br>HILTON WORLWIDE, INC., STARWOOD       )<br>HOTELS AND RESORTS WORLDWIDE, INC.    )<br>and INTERCONTINENTAL HOTELS           )<br>COROPRATION,                          )<br>                                                          )<br>          Defendants.                       ) | C.A. NO. 11-831-SLR<br><br>**JURY DEMAND** |

### STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff LVL Patent Group, and Defendants, Kayak Software Corporation, Priceline.com, Orbitz Worldwide, Inc., Avis Budget Group, United Airlines and Hertz Corporation, subject to the approval of the Court, that Defendants' time to move, answer, or otherwise respond to the Complaint in this action shall be extended to November 30, 2011.  This request is intended to allow Defendants time to respond to the complaint, and is not for the purposes of delay.

/

/

| BAYARD, P.A. | FISH & RICHARDSON P.C. |
|---|---|
| By: */s/ Stephen B. Brauerman*_____<br>    Richard D. Kirk (#0922)<br>    Stephen B. Brauerman (#4952)<br>    222 Delaware Avenue, Suite 900<br>    Tel:  (302) 655-5000<br>    rkirk@bayardlaw.com<br>    sbrauerman@bayardlaw.com<br><br>    *Attorneys for Plaintiff*<br>    *LVL Patent Group, LLC* | */s/ Lauren Murphy Pringle*_____<br>Lauren Murphy Pringle (#5375)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE  19801<br>P.O. Box 1114<br>Wilmington, DE  19899-1114<br>Tel:  302-652-5070<br>pringle@fr.com<br><br>*Attorney for Defendant*<br>*Kayak Software Corporation,*<br>*Priceline.com, Orbitz Worldwide,*<br>*Inc., Avis Budget Group, United*<br>*Airlines and Hertz Corporation* |

Dated:  October 24, 2011

IT IS SO ORDERED this_____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE