# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMAZON.COM, INC., EBAY INC., KAYAK | ) |
| SOFTWARE CORPORATION, EXPEDIA INC., | )  C.A. No. 11-831-SLR |
| PRICELINE.COM INCORPORATED, | ) |
| TRAVELOCITY.COM, LP, ORBITZ | ) |
| WORLDWIDE, INC., AMERICAN AIRLINES, | )  **JURY TRIAL DEMANDED** |
| INC., DELTA AIRLINES, INC., UNITED | ) |
| AIRLINES, INC., SOUTHWEST AIRLINES | ) |
| CO., AVIS BUDGET GROUP, INC., THE | ) |
| HERTZ CORPORATION, HOTELS.COM L.P., | ) |
| MARRIOTT INTERNATIONAL, INC., | ) |
| HILTON WORLDWIDE, INC., STARWOOD | ) |
| HOTELS AND RESORTS WORLDWIDE, INC., | ) |
| and INTERCONTINENTAL HOTELS | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions pro hac vice of Lawrence B. Goodwin, Monica Bhattacharyya, and Stefan R. Stoyanov of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019 and Jonathan K. Waldrop, Jonathan D. Olinger, and Jeffrey J. Toney of Kasowitz, Benson, Torres & Friedman LLP, 1360 Peachtree Street, N.E., Suite 1150, Atlanta, GA 30309 to represent Defendant Delta Airlines, Inc. in this action.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    1313 N. Market Street
    Hercules Plaza, 6th Floor
    Wilmington, DE 19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com

Dated:  October 27, 2011
    dmoore@potteranderson.com
1032628 / 38411

*Attorneys for Defendant Delta Airlines, Inc.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

IT IS SO ORDERED this _____ day of _____, 2011.

    _____
    United States District Judge


## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date:  October 27, 2011            Signed: */s/ Lawrence B. Goodwin*
                                   Lawrence B. Goodwin
                                   Kasowitz, Benson, Torres & Friedman LLP
                                   1633 Broadway
                                   New York, NY  10019
                                   Tel: (212) 506-1700
                                   LGoodwin@kasowitz.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: October 27, 2011       Signed: */s/ Monica Bhattacharyya*
                             Monica Bhattacharyya
                             Kasowitz, Benson, Torres & Friedman LLP
                             1633 Broadway
                             New York, NY 10019
                             Tel: (212) 506-1700
                             Mbattacharyya@kasowitz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date:  October 27, 2011                     Signed:*/s/ Stefan R. Stoyanov*
                                            Stefan R. Stoyanov
                                            Kasowitz, Benson, Torres & Friedman LLP
                                            1633 Broadway
                                            New York, NY  10019
                                            Tel: (212) 506-1700
                                            SStoyanov@kasowitz.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia, the District of Columbia, and the States of New York and Georgia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

  ☒  has been paid to the Clerk of the Court

  ☐  will be submitted to the Clerk's Office upon the filing of this motion

Date:  October 27, 2011      Signed:*/s/ Jonathan K. Waldrop*
                Jonathan K. Waldrop
                Kasowitz, Benson, Torres & Friedman LLP
                1360 Peachtree Street, N.E., Suite 1150
                Atlanta, GA  30309
                Tel: (404) 260-6080
                JWaldrop@kasowitz.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date:  October 27, 2011                Signed:*/s/ Jonathan D. Olinger*
                                                      Jonathan D. Olinger
                                                      Kasowitz, Benson, Torres & Friedman LLP
                                                      1360 Peachtree Street, N.E., Suite 1150
                                                      Atlanta, GA  30309
                                                      Tel: (404) 260-6080
                                                      JOlinger@kasowitz.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date:  October 27, 2011                         Signed:*/s/ Jeffrey J. Toney*
                                                Jeffrey J. Toney
                                                Kasowitz, Benson, Torres & Friedman LLP
                                                1360 Peachtree Street, N.E., Suite 1150
                                                Atlanta, GA  30309
                                                Tel: (404) 260-6080
                                                JToney@kasowitz.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 27, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 27, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Stephen B. Brauerman<br>Richard D. Kirk<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>sbrauerman@bayardlaw.com<br>rkird@bayardlaw.com<br>*Attorneys for Plaintiff LVL Patent Group LLC* | Lawrence B. Goodwin<br>Monica Bhattacharyya<br>Stefan R. Stoyanov<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>lgoodwin@kasowitz.com<br>mbattacharyya@kasowitz.com<br>sstoyanov@kasowitz.com<br>*Attorneys for Defendant Delta Air Lines, Inc.* |
| Jonathan K. Waldrop<br>Jonathan D. Olinger<br>Jeffrey J. Toney<br>Kasowitz, Benson, Torres & Friedman LLP<br>1360 Peachtree Street, NE, Suite 1150<br>Atlanta, GA 30309<br>jwaldrop@kasowitz.com<br>jolinger@kasowitz.com<br>jtoney@kasowitz.com<br>*Attorneys for Defendant Delta Air Lines, Inc.* | Jack B. Blumenfeld<br>Karen Jacobs Louden<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>*Attorneys for Defendant eBay Inc.* |

Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Fl.
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com
*Attorneys for Defendants Kayak Software Corporation, Priceline.com Incorporated, Orbitz Worldwide, Inc., United Airlines Inc., Avis Budget Group Inc., and Hertz Corporation*

By:   */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      POTTER ANDERSON & CORROON LLP
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

1032871 / (37352/38411)