# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-831-SLR |
| v. | ) |
| | ) |
| AMAZON.COM INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Aleine M. Porterfield enters her appearance on behalf of Defendant Starwood Hotels & Resorts Worldwide Inc.

Dated: November 2, 2011

DLA PIPER (US) LLP

  /s/ Aleine M. Porterfield
Denise S. Kraft (I.D. No. 2778)
Aleine Porterfield (I.D. No. 5053)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Phone: 302-468-5632
Fax:    302-778-7935
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com

*Attorneys for Defendant*
*Starwood Hotels & Resorts Worldwide Inc.*