# CERTIFICATE OF SERVICE

I, Aleine M. Porterfield, hereby certify that on this 2nd day of November, 2011, I caused a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the registered attorneys of record, and is available for viewing and downloading.

Richard D. Kirk, Esq.
Stephen B. Brauerman, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Lauren Murphy Pringle, Esq.
Fish & Richardson, P.C.
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Rodger Dallery Smith , II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David Ellis Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Fl.
Wilmington, DE 19801

Frederick L. Cottrell , III, Esq.
Anne Shea Gaza, Esq.
Travis Steven Hunter, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Lawrence B. Goodwin, Esq.
Monica Bhattacharyya, Esq.
Stefan R. Stoyanov, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

Jonathan K. Waldrop, Esq.
Jonathan D. Olinger, Esq.
Jeffrey J. Toney, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, GA  30309

   */s/ Aleine M. Porterfield*
Aleine M. Porterfield (I.D. No. 5053)