IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-831 (SLR) |
| AMAZON.COM, INC.; EBAY INC.; KAYAK SOFTWARE CORPORATION; EXPEDIA INC.; PRICELINE.COM INCORPORATED.; TRAVELOCITY.COM, LP.; ORBITZ WORLDWIDE, INC.; AMERICAN AIRLINES, INC.; DELTA AIRLINES, INC.; UNITED AIRLINES, INC.; SOUTHWEST AIRLINES CO.; AVIS BUDGET GROUP, INC.; THE HERTZ CORPORATION; HOTELS.COM L.P.; MARRIOTT INTERNATIONAL, INC. HILTON WORLDWIDE, INC.; STARWOOD HOTELS AND RESORTS WORLDWIDE, INC.; AND INTERCONTINENTAL HOTELS CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that MORRIS, NICHOLS, ARSHT & TUNNELL LLP is substituted for FISH & RICHARDSON P.C. as counsel for defendant United Airlines, Inc.

FISH & RICHARDSON P.C.

/s/ Lauren Murphy Pringle
_____
Lauren Murphy Pringle (#5375)
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE  19899
(302) 652-5070
pringle@fr.com

November 7, 2011

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com