# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., et al.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>) C. A. No. 11-831-LPS<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Brian M. Koide and John L. Cuddihy to represent Defendant Marriott International, Inc. in this matter.

OF COUNSEL:

Brian M. Koide
John L. Cuddihy
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
(202) 624-2500
bkoide@crowell.com
jcuddihy@crowell.com

Dated: November 11, 2011

*/s/ Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com

*Attorneys for Defendant*
*Marriott International, Inc.*

## ORDER GRANTING MOTION

IT IS SO ORDERED that counsel's motion for admissions *pro hac vice* is GRANTED.

Dated:_____          _____
                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Brian M. Koide

Brian M. Koide
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
bkoide@crowell.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

/s/ John L. Cuddihy

John L. Cuddihy
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
jcuddihy@crowell.com

RLF1 5502997v.1