## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 11-831-SLR |
| | ) |
| AMAZON.COM, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Chad S.C. Stover of Connolly Bove Lodge & Hutz LLP, on behalf of defendant American Airlines, Inc.

           */s/ Chad S.C. Stover*
           Chad S.C. Stover (No. 4919)
           The Nemours Building
           1007 N. Orange Street
           P. O. Box 2207
           Wilmington, DE  19899
           (302) 658-9141
           cstover@cblh.com

           *Attorneys for Defendant American Airlines, Inc.*

Dated:  November 16, 2011

## **CERTIFICATE OF SERVICE**

I, Chad Stover, hereby certify that on November 16, 2011, a true copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filings to the following counsel of record, and the document is available for viewing and downloading from CM/ECF:

I further certify that I caused copies of the forgoing document to be served on November 16, 2011, upon the following via electronic mail:

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>**BAYARD, P.A.**<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardlaw.coom<br>sbrauerman@bayardlaw.com | Richard L. Horwitz<br>**POTTER ANDERSON & CORROON LLP**<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>rhorwitz@potteranderson.com |
| Bruce D. Kuyper<br>Fredricka Ung<br>Marc A. Fenster<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Blvd., Suite 1200<br>Los Angeles, CA 90025<br>bkuyper@raklaw.com<br>fung@raklaw.com<br>mfenster@raklaw.com | *Attorneys for Defendant*<br>*Amazon.com Inc.* |
| *Attorneys for Plaintiff*<br>*LVL Patent Group LLC* | |
| Jack B. Blumenfeld<br>Karen Jacobs Louden<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jbbefiling@mnat.com<br>kjlefiling@mnat.com<br><br>*Attorneys for Defendants*<br>*eBay Inc. and United Airlines Inc.* | Lauren Murphy Pringle<br>**FISH & RICHARDSON, P.C**.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>pringle@fr.com<br><br>*Attorneys for Defendants*<br>*Kayak Software Corporation, Priceline.com Incorporated, Orbitz Worldwide, Inc., Avis Budget Group Inc., and Hertz Corporation* |

Richard L. Horwitz
David E. Moore
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Frederick L. Cottrell, III
Anne Shea Gaza
Travis Steven Hunter
**RICHARDS, LAYTON & FINGER, PA**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com

*Attorneys for Defendant*
*Marriott International Inc.*

Lawrence B. Goodwin
Monica V. Bhattacharyya
Stefan Stoyanov
**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
1633 Broadway
New York, NY 10019
lgoodwin@kasowitz.com
mbhattacharyya@kasowitz.com
sstoyanov@kasowitz.com

Jeffrey J. Toney
Jonathan D. Olinger
Jonathan K. Waldrop
**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
1360 Peachtree Street, N.E. Suite 1150
Atlanta, GA 30309
jtoney@kasowitz.com
jolinger@kasowitz.com
jwaldrop@kasowitz.com

*Attorneys for Defendant*
*Delta Air Lines Inc.*

Denise Seastone Kraft
Aleine Michelle Porterfield
**DLA PIPER LLP**
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Denise.kraft@dlapiper.com
Aleine.porterfield@dlapiper.com

Aaron Fountain
John Guaragna

Brian Erickson
**DLA PIPER LLP**
401 Congress Avenue
Suite 2500
Austin, TX 78701-3799
Aaron.fountain@dlapiper.com
John.guaragna@dlapiper.com
Brian.erickson@dlapiper.com

*Attorneys for Defendant*
*Starwood Hotels & Resorts Worldwide*
*Inc.*

           */s/ Chad S.C. Stover*
           Chad S.C. Stover (#4919)

4546540