IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-831 (SLR) |
| ) | |
| AMAZON.COM, INC.; EBAY INC.; ) | |
| KAYAK SOFTWARE CORPORATION; ) | |
| EXPEDIA INC.; PRICELINE.COM ) | |
| INCORPORATED.; TRAVELOCITY.COM, ) | |
| LP.; ORBITZ WORLDWIDE, INC.; ) | |
| AMERICAN AIRLINES, INC.; DELTA ) | |
| AIRLINES, INC.; UNITED AIRLINES, ) | |
| INC.; SOUTHWEST AIRLINES CO.; AVIS ) | |
| BUDGET GROUP, INC.; THE HERTZ ) | |
| CORPORATION; HOTELS.COM L.P.; ) | |
| MARRIOTT INTERNATIONAL, INC. ) | |
| HILTON WORLDWIDE, INC.; ) | |
| STARWOOD HOTELS AND RESORTS ) | |
| WORLDWIDE, INC.; AND ) | |
| INTERCONTINENTAL HOTELS ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiff LVL Patent Group, LLC and Defendants Expedia Inc. and Hotels.com, L.P. (collectively, "Defendants"), subject to the approval of the Court, that the time for Defendants to move, answer or otherwise respond to the Complaint is hereby extended through and including November 30, 2011.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Richard D. Kirk* | */s/ Jack B. Blumenfeld* |
| Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com | Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Expedia Inc. and Hotels.com, L.P.* |

SO ORDERED this _____ day of November 2011.

_____
J.