# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMAZON.COM, INC., EBAY INC., KAYAK ) | C.A. No. 11-831-SLR |
| SOFTWARE CORPORATION, EXPEDIA INC., ) | |
| PRICELINE.COM INCORPORATED, ) | |
| TRAVELOCITY.COM, LP, ORBITZ ) | |
| WORLDWIDE, INC., AMERICAN AIRLINES, ) | **JURY TRIAL DEMANDED** |
| INC., DELTA AIRLINES, INC., UNITED ) | |
| AIRLINES, INC., SOUTHWEST AIRLINES ) | |
| CO., AVIS BUDGET GROUP, INC., THE ) | |
| HERTZ CORPORATION, HOTELS.COM L.P., ) | |
| MARRIOTT INTERNATIONAL, INC., ) | |
| HILTON WORLDWIDE, INC., STARWOOD ) | |
| HOTELS AND RESORTS WORLDWIDE, INC., ) | |
| and INTERCONTINENTAL HOTELS ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of J. David Hadden, Darren E. Donnelly, and Saina S. Shamilov of Fenwick & West LLP, 801 California Street, Mountain View, CA 94041 and Ryan J. Marton of Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104 to represent Defendant Amazon.com in this action.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: November 18, 2011
1035946 / 37352

*Attorneys for Defendants Amazon.com*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

    ☒    has been paid to the Clerk of the Court

    ☐    will be submitted to the Clerk's Office upon the filing of this motion

Date: November 18, 2011        Signed:/s/ J. David Hadden
                                        J. David Hadden
                                        Fenwick & West LLP
                                        801 California Street
                                        Mountain View, CA 94041
                                        Tele: (650) 988-8500
                                        dhadden@fenwick.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

    ☒    has been paid to the Clerk of the Court

    ☐    will be submitted to the Clerk's Office upon the filing of this motion

Date: November 18, 2011        Signed: */s/ Darren E. Donnelly*
                                        Darren E. Donnelly
                                        Fenwick & West LLP
                                        801 California Street
                                        Mountain View, CA 94041
                                        Tele: (650) 988-8500
                                        ddonnelly@fenwick.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 18, 2011         Signed: */s/ Saina S. Shamilov*
                                Saina S. Shamilov
                                Fenwick & West LLP
                                801 California Street
                                Mountain View, CA 94041
                                Tele: (650) 988-8500
                                sshamilov@fenwick.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 18, 2011

Signed: */s/ Ryan J. Marton*
Ryan J. Marton
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tele: (415) 875-2300
rmarton@fenwick.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 18, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 18, 2011, the attached document was Electronically Mailed to the following person(s):

Stephen B. Brauerman
Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
sbrauerman@bayardlaw.com
rkird@bayardlaw.com
*Attorneys for Plaintiff LVL Patent Group LLC*

Jonathan K. Waldrop
Jonathan D. Olinger
Jeffrey J. Toney
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, NE, Suite 1150
Atlanta, GA  30309
jwaldrop@kasowitz.com
jolinger@kasowitz.com
jtoney@kasowitz.com
*Attorneys for Defendant Delta Air Lines, Inc.*

Lawrence B. Goodwin
Monica Bhattacharyya
Stefan R. Stoyanov
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019
lgoodwin@kasowitz.com
mbattacharyya@kasowitz.com
sstoyanov@kasowitz.com
*Attorneys for Defendant Delta Air Lines, Inc.*

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendant eBay Inc.*

Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Fl.
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com
*Attorneys for Defendants Kayak Software
Corporation, Priceline.com Incorporated,
Orbitz Worldwide, Inc., United Airlines Inc.,
Avis Budget Group Inc., and Hertz
Corporation*

By:   */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      POTTER ANDERSON & CORROON LLP
      Tel: (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

1032871 / (37352/38411)

2