**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LVL PATENT GROUP, LLC.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.; EBAY INC.; KAYAK SOFTWARE CORPORATION; EXPEDIA INC.; PRICELINE.COM INCORPORATED; TRAVELOCITY.COM, LP; ORBITZ WORLDWIDE, INC.; AMERICAN AIRLINES, INC.; DELTA AIRLINES, INC.; UNITED AIRLINES, INC.; SOUTHWEST AIRLINES CO.; AVIS BUDGET GROUP, INC.; THE HERTZ CORPORATION; HOTELS.COM L.P.; MARRIOTT INTERNATIONAL, INC.; HILTON WORLDWIDE, INC.; STARWOOD HOTELS AND RESORTS WORLDWIDE, INC.; AND INTER-CONTINENTAL HOTELS CORPORATION,<br><br>Defendants. | ) | C.A. No. 11-831-SLR<br><br>**JURY TRIAL DEMANDED** |

**<u>STIPULATION FOR EXTENSION OF TIME</u>**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff LVL Patent Group, LLC and Defendant Delta Air Lines, Inc. (“Delta”), subject to the approval of the Court, that Delta’s time to move, answer, or otherwise respond to the Complaint in this action shall be extended to November 30, 2011.

BAYARD, P.A.

By: */s/ Stephen B. Brauerman*
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff LVL Patent Group, LLC*

POTTER ANDERSON & CORROON LLP

By: */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Delta Air Lines, Inc.*

IT IS SO ORDERED this _____ day of ____________, 2011.

______________________________________
U.S.D.J.

1036173 / 38411

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on November 18, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 18, 2011, the attached document was Electronically Mailed to the following person(s):

Stephen B. Brauerman
Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
sbrauerman@bayardlaw.com
rkird@bayardlaw.com
*Attorneys for Plaintiff LVL Patent Group LLC*

Lawrence B. Goodwin
Monica Bhattacharyya
Stefan R. Stoyanov
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
lgoodwin@kasowitz.com
mbattacharyya@kasowitz.com
sstoyanov@kasowitz.com
*Attorneys for Defendant Delta Air Lines, Inc.*

Jonathan K. Waldrop
Jonathan D. Olinger
Jeffrey J. Toney
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, NE, Suite 1150
Atlanta, GA 30309
jwaldrop@kasowitz.com
jolinger@kasowitz.com
jtoney@kasowitz.com
*Attorneys for Defendant Delta Air Lines, Inc.*

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendant eBay Inc.*

Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Fl.
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com
*Attorneys for Defendants Kayak Software Corporation, Priceline.com Incorporated, Orbitz Worldwide, Inc., United Airlines Inc., Avis Budget Group Inc., and Hertz Corporation*

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz
    David E. Moore
    POTTER ANDERSON & CORROON LLP
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

1032871 / (37352/38411)