# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC,<br><br>        *Plaintiff,*<br><br>   v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>        *Defendants.* | C.A. No. 11-831-SLR |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## AS TO DEFENDANT ORBITZ WORLDWIDE, INC.

PLEASE TAKE NOTICE that Plaintiff LVL Patent Group, LLC hereby dismisses all of its claims against Defendant Orbitz Worldwide, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| November 18, 2011 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Richard D. Kirk* |
| Marc A. Fenster | Richard D. Kirk (rk0922) |
| RUSS, AUGUST & KABAT | Stephen B. Brauerman (sb4952) |
| 12424 Wilshire Boulevard, Twelfth Floor | 222 Delaware Avenue, Suite 900 |
| Los Angeles, CA 90025-1031 | Wilmington, DE 19801 |
| (310) 826-7474 | (302) 655-5000 |
| mfenster@raklaw.com | rkirk@bayardlaw.com |
| | sbrauerman@bayardlaw.com |
| | *Attorneys for Plaintiff LVL Patent Group, LLC* |