IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), ,<br><br>                    Plaintiff,<br><br>          v.<br><br>AMAZON.COM, INC., AMAZON SERVICES LLC, EBAY INC., PAYPAL, INC., KAYAK SOFTWARE CORPORATION, EXPEDIA INC., PRICELINE.COM INC., TRAVELOCITY.COM, LP, ORBITZ WORLDWIDE, LLC, AMERICAN AIRLINES, INC., UNITED AIR LINES, INC., SOUTHWEST AIRLINES CO., AVIS BUDGET GROUP, INC., ROUNDARCH, INC., THE HERTZ CORPORATION, HOTELS.COM L.P., MARRIOTT INTERNATIONAL, INC., HILTON WORLDWIDE, INC., HILTON HOTELS CORPORATION, HILTON GARDEN INNS MANAGEMENT LLC, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., PURE BIZ SOLUTIONS LLC, INTER-CONTINENTAL HOTELS CORPORATION, AND SIX CONTINENTS HOTELS, INC.,<br><br>                    Defendants. | C.A. No. 11-831 (SLR) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jack B. Blumenfeld and Karen Jacobs Louden of the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP for defendants, Hilton Garden Inns Management LLC, Hilton Hotels Corporation and Hilton Worldwide, Inc.

2

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
    *Attorneys for Hilton Worldwide, Inc., Hilton Hotels Corporation and Hilton Garden Inns Management LLC*

November 23, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 23, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Bruce D. Kuyper, Esquire<br>Fredrica Ung, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard<br>12th Floor<br>Los Angeles, CA  90025-1031<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Amazon.com, Inc. and Delta Airlines, Inc.* | *VIA ELECTRONIC MAIL* |
| Lawrence B. Goodwin, Esquire<br>Monica Bhattacharyya, Esquire<br>Stefan R. Stoyanov, Esquire<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, NY  10019<br>*Attorneys for Delta Airlines, Inc.* | *VIA ELECTRONIC MAIL* |

Jonathan K. Waldrop, Esquire                                                     VIA ELECTRONIC MAIL
Jonathan D. Olinger, Esquire
Jeffrey J. Toney, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1360 Peachtree Street, N.W.
Suite 1150
Atlanta, GA  30309
*Attorneys for Delta Airlines, Inc.*

Frederick L. Cottrell, III, Esquire                                              VIA ELECTRONIC MAIL
Anne Shea Gaza, Esquire
Travis S. Hunter, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North Market Street
Wilmington, DE  19801
*Attorneysfor Marriott International, Inc.*

Lauren Murphy Pringle, Esquire                                                   VIA ELECTRONIC MAIL
FISH & RICHARDSON P.C.
222 Delaware Avenue
17th Floor
Wilmington, DE  19801
*Attorneys for Kayak Software Corporation,
Priceline.com, Orbitz Worldwide, Inc., Avis
Budget Group, United Airlines and Hertz
Corporation*

Denise S. Kraft, Esquire                                                         VIA ELECTRONIC MAIL
Aleine Porterfield, Esquire
DLA PIPER (US) LLP
919 North Market Street
Suite 1500
Wilmington, DE  19801
*Attorneys for Starwood Hotels & Resorts
Worldwide Inc.*

Jack B. Blumenfeld, Esquire                                                      VIA ELECTRONIC MAIL
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for eBay Inc.*

                                                                   */s/ Karen Jacobs Louden*
                                                                Karen Jacobs Louden (#2881)

2