**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-831-SLR |
| | ) |
| AMAZON.COM, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SUGGESTION OF BANKRUPTCY**

PLEASE TAKE NOTICE that on November 29, 2011 (the "**Commencement Date**"), AMR Corporation, American Airlines, Inc., American Eagle Airlines, Inc., Executive Airlines, Inc., and certain of their subsidiaries and affiliates (collectively, the "**Debtors**") filed voluntary petitions seeking bankruptcy protection under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The bankruptcy cases are being jointly administered under Chapter 11 Case No. 11-15463 (SHL) (the "**Bankruptcy Cases**"). A copy of American Airlines, Inc.'s chapter 11 petition is attached as **Exhibit A**.

PLEASE BE ADVISED that pursuant to section 362(a) of the Bankruptcy Code (the "**Automatic Stay**"), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and of "any act to obtain possession of property of the estate or of property

from the estate or to exercise control over property of the estate." 11 U.S.C. §§ 362(a)(1) & 362(a)(3).

PLEASE BE FURTHER ADVISED that any action taken against the Debtors without obtaining relief from the Automatic Stay from the Bankruptcy Court may be void and may result in a finding of contempt for violation of the Automatic Stay. The Debtors reserve and retain their statutory right to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay.

If the Court or any parties have questions about the Bankruptcy Cases or this notice, bankruptcy counsel for the Debtors can be contacted as follows:

> Stephen A. Youngman
> WEIL, GOTSHAL & MANGES LLP
> 200 Crescent Court, Suite 300
> Dallas, Texas 75201
> Telephone: (214) 746-7700
> Fax: (214) 746-7777

CONNOLLY BOVE LODGE & HUTZ LLP

 */s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)

OF COUNSEL:

Bradley W. Caldwell
Holly E. Engelmann
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:  214.978.4000
Telecopier: 214.978.4044
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com

The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899
(302) 658-9141
cstover@cblh.com

*Attorneys for Defendant American Airlines, Inc.*

Dated:  December 1, 2011

**CERTIFICATE OF SERVICE**

I, Chad Stover, hereby certify that on December 1, 2011, a true copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filings to the following counsel of record, and the document is available for viewing and downloading from CM/ECF:

I further certify that I caused copies of the forgoing document to be served on December 1, 2011, upon the following via electronic mail:

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>**BAYARD, P.A.**<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com | Richard L. Horwitz<br>**POTTER ANDERSON & CORROON LLP**<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>rhorwitz@potteranderson.com |
| Bruce D. Kuyper<br>Fredricka Ung<br>Marc A. Fenster<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Blvd., Suite 1200<br>Los Angeles, CA 90025<br>bkuyper@raklaw.com<br>fung@raklaw.com<br>mfenster@raklaw.com<br><br>*Attorneys for Plaintiff*<br>*LVL Patent Group LLC* | *Attorneys for Defendant*<br>*Amazon.com Inc.* |
| Jack B. Blumenfeld<br>Karen Jacobs Louden<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jbbefiling@mnat.com<br>kjlefiling@mnat.com | Lauren Murphy Pringle<br>**FISH & RICHARDSON, P.C**.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>pringle@fr.com<br><br>*Attorneys for Defendants*<br>*Kayak Software Corporation, Priceline.com* |

*Attorneys for Defendants*
*eBay Inc. and United Airlines Inc.*

*Incorporated, Orbitz Worldwide, Inc., Avis Budget Group Inc., and Hertz Corporation*

Richard L. Horwitz
David E. Moore
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Frederick L. Cottrell, III
Anne Shea Gaza
Travis Steven Hunter
**RICHARDS, LAYTON & FINGER, PA**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com

Lawrence B. Goodwin
Monica V. Bhattacharyya
Stefan Stoyanov
**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
1633 Broadway
New York, NY 10019
lgoodwin@kasowitz.com
mbhattacharyya@kasowitz.com
sstoyanov@kasowitz.com

*Attorneys for Defendant*
*Marriott International Inc.*

Jeffrey J. Toney
Jonathan D. Olinger
Jonathan K. Waldrop
**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
1360 Peachtree Street, N.E. Suite 1150
Atlanta, GA 30309
jtoney@kasowitz.com
jolinger@kasowitz.com
jwaldrop@kasowitz.com

*Attorneys for Defendant*
*Delta Air Lines Inc.*

Denise Seastone Kraft
Aleine Michelle Porterfield
**DLA PIPER LLP**
919 N. Market Street, Suite 1500
Wilmington, DE 19801

Denise.kraft@dlapiper.com
Aleine.porterfield@dlapiper.com

Aaron Fountain
John Guaragna
Brian Erickson
**DLA PIPER LLP**
401 Congress Avenue
Suite 2500
Austin, TX 78701-3799
Aaron.fountain@dlapiper.com
John.guaragna@dlapiper.com
Brian.erickson@dlapiper.com

*Attorneys for Defendant*
*Starwood Hotels & Resorts Worldwide Inc.*

/s/ *Chad S.C. Stover*
Chad S.C. Stover (#4919)

4563661