IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), ,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON SERVICES LLC, EBAY INC., PAYPAL, INC., KAYAK SOFTWARE CORPORATION, EXPEDIA INC., PRICELINE.COM INC., TRAVELOCITY.COM, LP, ORBITZ WORLDWIDE, LLC, AMERICAN AIRLINES, INC., UNITED AIR LINES, INC., SOUTHWEST AIRLINES CO., AVIS BUDGET GROUP, INC., ROUNDARCH, INC., THE HERTZ CORPORATION, HOTELS.COM L.P., MARRIOTT INTERNATIONAL, INC., HILTON WORLDWIDE, INC., HILTON HOTELS CORPORATION, HILTON GARDEN INNS MANAGEMENT LLC, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., PURE BIZ SOLUTIONS LLC, INTER-CONTINENTAL HOTELS CORPORATION, AND SIX CONTINENTS HOTELS, INC.,<br><br>Defendants. | C.A. No. 11-831 (SLR) |

## **NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the appearance of the law firm of FISH & RICHARDSON P.C. is hereby withdrawn and the appearance of the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP is hereby entered for defendants Kayak Software Corporation and Priceline.com Incorporated.

| FISH & RICHARDSON, P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Lauren Murphy Pringle* | */s/ Karen Jacobs Louden* |
| Lauren Murphy Pringle (#5375)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>302-778-8474<br>pringle@fr.com | Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br><br>*Attorneys for Defendants Kayak Software Corporation and Priceline.com Incorporated* |

December 12, 2011
4721637