IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CYBERFONE SYSTEMS, LLC (formerly )
known as LVL PATENT GROUP, LLC), )
                                 )
          Plaintiff,             )
                                 )   C.A. No. 11-831 (SLR)
     v.                          )
                                 )
AMAZON.COM, INC.; AMAZON         )
SERVICES LLC; EBAY INC.; PAYPAL, )
INC.; KAYAK SOFTWARE             )
CORPORATION; EXPEDIA INC.;       )
PRICELINE.COM INC.;              )
TRAVELOCITY.COM, LP.; ORBITZ     )
WORLDWIDE, INC.; AMERICAN        )
AIRLINES, INC.; DELTA AIRLINES, INC.; )
UNITED AIRLINES, INC.; SOUTHWEST )
AIRLINES CO.; AVIS BUDGET GROUP, )
INC.; ROUNDARCH, INC.; THE HERTZ )
CORPORATION; HOTELS.COM L.P.;    )
MARRIOTT INTERNATIONAL, INC.     )
HILTON WORLDWIDE, INC.; HILTON   )
HOTELS CORPORATION; HILTON       )
GARDEN INNS MANAGEMENT LLC;      )
STARWOOD HOTELS AND RESORTS      )
WORLDWIDE, INC.; PURE BIZ        )
SOULTIONS LLC; INTER-CONTINENTAL )
HOTELS CORPORATION AND SIX       )
CONTINENTS HOTEL, INC.,          )
                                 )
          Defendants.            )

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission *pro hac vice* of Paul C. Gibbons and Arthur A. Gasey of NIRO, HALLER & NIRO, LTD.,

181 West Madison Street, Suite 4600, Chicago, Illinois 60602 to represent defendant Roundarch,

Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_Thomas C. Grimm_

Thomas C. Grimm
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
tgrimm@mnat.com

*Attorneys for Defendant Roundarch, Inc.*

December 22, 2011
4740681

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of

Paul C. Gibbons and Arthur A. Gasey is granted.

Dated: _____       _____
                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted, practicing and in good standing as a member of the Bar of the State of

Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for

any alleged misconduct which occurs in the preparation or course of this action. I also certify

that I am generally familiar with this Court's Local Rules. In accordance with Standing Order

for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been

paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to

the Clerk's Office upon the filing of this motion.

Date: December 20, 2011

Paul C. Gibbons
NIRO, HALLER & NIRO, LTD.
181 West Madison Street, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted, practicing and in good standing as a member of the Bar of the State of

Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for

any alleged misconduct which occurs in the preparation or course of this action. I also certify

that I am generally familiar with this Court's Local Rules. In accordance with Standing Order

for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been

paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to

the Clerk's Office upon the filing of this motion.


Date: _12/20/11_

Arthur A. Gasey
NIRO, HALLER & NIRO, LTD.
181 West Madison Street, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733