IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.; AMAZON SERVICES LLC; EBAY INC.; PAYPAL, INC.; KAYAK SOFTWARE CORPORATION; EXPEDIA INC.; PRICELINE.COM INC.; TRAVELOCITY.COM, LP.; ORBITZ WORLDWIDE, LLC.; AMERICAN AIRLINES, INC.; DELTA AIRLINES, INC.; UNITED AIR LINES, INC.; SOUTHWEST AIRLINES CO.; AVIS BUDGET GROUP, INC.; ROUNDARCH, INC.; THE HERTZ CORPORATION; HOTELS.COM L.P.; MARRIOTT INTERNATIONAL, INC.; HILTON WORLDWIDE, INC.; HILTON HOTELS CORPORATION; HILTON GARDEN INNS MANAGEMENT LLC; STARWOOD HOTELS AND RESORTS WORLDWIDE, INC.; PURE BIZ SOULTIONS LLC; INTER-CONTINENTAL HOTELS CORPORATION; AND SIX CONTINENTS HOTEL, INC.,<br><br>Defendants. | C.A. No. 11-831 (SLR) |

**RULE 7.1 STATEMENT OF SIX CONTINENTS HOTELS, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Six Continents Hotels, Inc. hereby discloses that Six Continents Hotels, Inc. has an ultimate parent, InterContinental Hotels Group PLC, the shares of which are listed on the London Stock Exchange. InterContinental Hotels Group PLC facilitates foreign investment in its shares by means of American Depositary Receipts (evidencing American Depositary Shares) which are issued by JP

Morgan Chase & Co. and tradable on the New York Stock Exchange.  InterContinental Hotels Group PLC is listed on the New York Stock Exchange as IHG.  InterContinental Hotels Group PLC is unaware of any single individuals or companies that hold 10% or more of InterContinental Hotels Group PLC's shares.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Karen Jacobs Louden* |
| OF COUNSEL: |  |
|  | Jack B. Blumenfeld (#1014) |
| George L. Murphy, Jr. | Karen Jacobs Louden (#2881) |
| Vaibhav P. Kadaba | Paul Saindon (#5110) |
| KILPATRICK TOWNSEND & STOCKTON LLP | 1201 N. Market Street |
| 1100 Peachtree Street | P.O. Box 1347 |
| Suite 2800 | Wilmington, DE  19899-1347 |
| Atlanta, GA 30309 | (302) 658-9200 |
| (404) 815-6500 | jblumenfeld@mnat.com |
|  | klouden@mnat.com |
|  | psaindon@mnat.com |
|  | *Attorneys for Six Continents Hotels, Inc.* |

January 27, 2012
5008352.1