# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.; AMAZON SERVICES LLC; EBAY INC.; PAYPAL, INC.; KAYAK SOFTWARE CORPORATION; EXPEDIA INC.; PRICELINE.COM INC.; TRAVELOCITY.COM, LP; ORBITZ WORLDWIDE, LLC; AMERICAN AIRLINES, INC.; DELTA AIRLINES, INC.; UNITED AIR LINES, INC.; SOUTHWEST AIRLINES CO.; AVIS BUDGET GROUP, INC.; ROUNDARCH, INC.; THE HERTZ CORPORATION; HOTELS.COM L.P.; MARRIOTT INTERNATIONAL, INC.; HILTON WORLDWIDE, INC.; HILTON HOTELS CORPORATION; HILTON GARDEN INNS MANAGEMENT LLC; STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; PURE BIZ SOLUTIONS LLC; INTER-CONTINENTAL HOTELS CORPORATION; AND SIX CONTINENTS HOTELS, INC.,<br><br>Defendants. | Civil Action No. 11-831-SLR<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT ORBITZ WORLDWIDE, LLC'S DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Orbitz Worldwide, LLC ("Orbitz") discloses the following: Orbitz is a wholly-owned subsidiary of Orbitz Worldwide, Inc., a Delaware corporation and a publicly traded company. No publicly held corporation (other than Orbitz Worldwide, Inc.) owns 10% or more of Orbitz's stock.

Dated: February 7, 2012   FISH & RICHARDSON P.C.

By: */s/ Lauren Murphy Pringle*
William J. Marsden, Jr. (#2247)
Lauren Murphy Pringle (#5375)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607
marsden@fr.com
pringle@fr.com

**ATTORNEY FOR DEFENDANT
ORBITZ WORLDWIDE, LLC**