**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS LLC,<br><br>     Plaintiff,<br><br>   v.<br><br>AMAZON, COM, INC., EBAY INC., KAYAK, SOFTWARE CORPORATION, EXPEDIA, INC., PRICELINE.COM INCORPORATED, TRAVELOCITY.COM, LP, ORBITZ WORLDWIDE, INC., AMERICAN AIRLINES INC., DELTA AIRLINES, INC., UNITED AIRLINES, INC., SOUTHWEST AIRLINES CO., AVIS BUDGET GROUP, INC., THE HERTZ CORPORATION, HOTELS.COM L.P., MARRIOTT INTERNATIONAL, INC., HILTON WORLWIDE, INC., STARWOOD HOTELS AND RESORTS WORLDWIDE, INC. and INTERCONTINENTAL HOTELS CORPORATION,<br><br>     Defendants. | C.A. No. 11-831-SLR<br><br>JURY DEMAND |

**THE HERTZ CORPORATION'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

   Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Hertz Corporation ("Hertz") discloses the following:

   Hertz is a wholly-owned, indirect subsidiary of Hertz Global Holdings, Inc.  Hertz's direct parent company is Hertz Investors, Inc. which, in turn, is wholly-owned by Hertz Global Holdings, Inc.  Hertz Global Holdings Inc. is the only publicly-held corporation that owns 10% or more of The Hertz Corporation.

Dated: February 7, 2012             FISH & RICHARDSON P.C.

By: */s/ Lauren Murphy Pringle*
    William J. Marsden, Jr. (#2247)
    Lauren Murphy Pringle (#5375)
    222 Delaware Avenue, 17th Floor
    P.O. Box 1114
    Wilmington, DE  19801
    Telephone:  (302) 652-5070
    Facsimile:  (302) 652-0607
    marsden@fr.com
    pringle@fr.com

**ATTORNEY FOR DEFENDANT**
**THE HERTZ CORPORATION**