IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ET AL.,<br><br>        Defendants. | C.A. No. 1:11-cv-831-SLR<br><br>**DEMAND FOR JURY TRIAL** |

**PLAINTIFF CYBERFONE SYSTEMS, LLC'S ANSWER TO DEFENDANT
MARRIOTT INTERNATIONAL, INC.'S COUNTERCLAIMS**

Plaintiff CyberFone Systems, LLC ("CyberFone"), by and through its undersigned counsel, answers the Counterclaims of Defendant Marriott International, Inc. ("Marriott") by corresponding paragraph number as follows:

1. Admitted.

2. Admitted that CyberFone was a Virginia limited liability company at the time it filed the First Amended Complaint. CyberFone is now a Texas limited liability company with a principal place of business at 719 W. Front Street, Suite 242, Tyler, Texas 75702.

**Jurisdiction and Venue**

3. Admitted.

4. Admitted.

**COUNT ONE: DECLARATORY JUDGMENT OF NON-INFRINGEMENT**

5. CyberFone incorporates its response to paragraphs 1 through 4 of Marriott's counterclaims as if fully set forth herein.

6. Admitted.

7. Admitted.

8. Admitted.

1

9. CyberFone denies the merits of the allegations in paragraph 9 of Marriott's counterclaims.

10. Admitted.

11. Denied.

**COUNT TWO: DECLARATORY JUDGMENT OF PATENT INVALIDITY**

12. CyberFone incorporates its response to paragraphs 1 through 11 of Marriott's counterclaims as if fully set forth herein.

13. CyberFone denies the merits of the allegations in paragraph 13 of Marriott's counterclaims.

14. Admitted.

15. Denied.

**DEMAND FOR JURY TRIAL**

CyberFone demands a trial by jury on all issues so triable.

WHEREFORE, CyberFone prays for the following relief with regard to Marriott's counterclaims:

A. A dismissal with prejudice of Marriott's counterclaims;

B. An adjudication that Marriott is not entitled to any relief on its counterclaims, including, without limitation, any fine or damages; and

C. Costs and such further relief to which CyberFone is entitled, and which the Court deems just and equitable.

<div style="display: flex;">

<div>

February 10, 2012

Of Counsel:

Marc A. Fenster
Bruce D. Kuyper
Fredricka Ung
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com
bkuyper@raklaw.com
fung@raklaw.com

</div>

<div>

BAYARD, P.A.

/s/ *Vanessa R. Tiradentes*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5938)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

Attorneys for Plaintiff,
CyberFone Systems, LLC

</div>

</div>