IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON, COM, INC., EBAY INC., KAYAK, SOFTWARE CORPORATION, EXPEDIA, INC., PRICELINE.COM INCORPORATED, TRAVELOCITY.COM, LP, ORBITZ WORLDWIDE, INC., AMERICAN AIRLINES INC., DELTA AIRLINES, INC., UNITED AIRLINES, INC., SOUTHWEST AIRLINES CO., AVIS BUDGET GROUP, INC., THE HERTZ CORPORATION, HOTELS.COM L.P., MARRIOTT INTERNATIONAL, INC., HILTON WORLWIDE, INC., STARWOOD HOTELS AND RESORTS WORLDWIDE, INC. and INTERCONTINENTAL HOTELS CORPORATION,<br><br>    Defendants. | C.A. No. 11-831-SLR<br><br>JURY DEMAND |

**DEFENDANT AVIS BUDGET GROUP, INC.'S**
**DISCLOSURE STATEMENT PURSUANT TO**
**<u>FEDERAL RULE OF CIVIL PROCEDURE 7.1</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Avis Budget Group, Inc. ("Avis") discloses that it has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

Dated: March 1, 2012          FISH & RICHARDSON P.C.

By: */s/ Lauren Murphy Pringle*
William J. Marsden, Jr. (#2247)
Lauren Murphy Pringle (#5375)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19801
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607
marsden@fr.com
pringle@fr.com

**ATTORNEY FOR DEFENDANT
AVIS BUDGET GROUP, INC.**