# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., *et al.*, <br><br> Defendants. | C.A. No. 11-831-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 1, 2012, copies of (1) **PLAINTIFF CYBERFONE SYSTEMS, LLC'S FIRST SET OF COMMON INTERROGATORIES TO DEFENDANTS**; (2) **PLAINTIFF CYBERFONE SYSTEMS, LLC'S FIRST SET OF COMMON REQUESTS FOR PRODUCTION TO DEFENDANTS**; and (3) this **NOTICE OF SERVICE** were served as shown:

**BY ELECTRONIC MAIL AND HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

Thomas C. Grimm
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

Frederick L. Cottrell, III
Anne S. Gaza
Travis S. Hunter
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE  19801

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE  19801

Thomas L. Halkowski
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

Lauren Murphy Pringle
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON
1313 North Market Street
Hercules Plaza, Sixth Floor
Wilmington, DE 19899

Chad S.C. Stover
CONNOLLY BOVE LODGE & HUTZ
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Denise S. Kraft
Aleine M. Porterfield
DLA Piper
919 N. Market Street, Suite 1500
Wilmington, DE 19801

**BY ELECTRONIC AND U.S. MAIL**

Bradley W. Caldwell
Holly E. Engelmann
McKOOL SMITH
300 Crescent Court, Suite 1500
Dallas, TX 75201

Max Ciccarelli
Justin S. Cohen
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201

John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Darren E. Donnelly
J. David Hadden
William A. Moseley
Saina S. Shamilov
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

Brian Erickson
Aaron Fountain
John Guaragna
DLA PIPER
401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799

Arthur A. Gasey
Paul C. Gibbons
NIRO, HALLER & NIRO, Ltd.
181 West Madison Street, Suite 4600
Chicago, Illinois 60602-4515

George W. Jordan, III
Ryan J. Marton
fulbright.com

Wab Kadaba
George L. Murphy
KILPATRICK TOWNSEND
  & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528

| | |
|---|---|
| March 1, 2012 | BAYARD, P.A. |
| OF COUNSEL: | /s/ Stephen B. Brauerman |
| | Richard D. Kirk (rk0922) |
| Marc A. Fenster | Stephen B. Brauerman (sb4952) |
| Bruce D. Kuyper | Vanessa R. Tiradentes (vt5938) |
| Fredricka Ung | 222 Delaware Avenue, Suite 900 |
| RUSS AUGUST & KABAT | Wilmington, DE  19801 |
| 12424 Wilshire Boulevard, Twelfth Floor | (302) 655-5000 |
| Los Angeles, CA 90025-1031 | rkirk@bayardlaw.com |
| (310) 826-7474 | sbrauerman@bayardlaw.com |
| mfenster@raklaw.com | vtiradentes@bayardlaw.com |
| bkuyper@raklaw.com | |
| fung@raklaw.com | *Attorneys for Plaintiff CyberFone Systems, LLC* |