IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>　　　　　Defendants. | C.A. No. 11-831-SLR |

## NOTICE OF WITHDRAWAL OF DISCOVERY REQUESTS

PLEASE TAKE NOTICE that, in response to the Court's comments at the scheduling conference on March 6, 2012, plaintiff CyberFone Systems, LLC ("CyberFone") hereby withdraws (i) CyberFone's First Set of Common Interrogatories to Defendants and (ii) CyberFone's First Set of Common Requests for Production to Defendants, which were served on March 1, 2012 on all Defendants in this action.

| | |
|---|---|
| March 7, 2012 | BAYARD, P.A. |
| OF COUNSEL:<br>Bruce D. Kuyper<br>Marc A. Fenster<br>Fredericka Ung<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, Twelfth Floor<br>Los Angeles, CA  90025-1031<br>(310) 826-7474<br>bkuyper@raklaw.com<br>mfenster@raklaw.com<br>fung@raklaw.com | /s/ Richard D. Kirk<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Plaintiff CyberFone Systems, LLC* |