**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>　　　　Defendants. | C.A. No. 11-831-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on March 15, 2012, copies of (1) **PLAINTIFF CYBERFONE SYSTEMS, LLC'S INITIAL DISCLOSURES**; and (2) this **NOTICE OF SERVICE** were served as shown:

**BY ELECTRONIC MAIL AND HAND DELIVERY**

| | |
|---|---|
| Jack B. Blumenfeld<br>Karen Jacobs Louden<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 North Market Street<br>Wilmington, DE  19801 | Thomas C. Grimm<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 North Market Street<br>Wilmington, DE  19801 |
| Frederick L. Cottrell, III<br>Anne S. Gaza<br>Travis S. Hunter<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | Kelly E. Farnan<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 |
| Thomas L. Halkowski<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE  19899 | Lauren Murphy Pringle<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE  19899 |
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON<br>1313 North Market Street<br>Hercules Plaza, Sixth Floor<br>Wilmington, DE  19899 | Denise S. Kraft<br>Aleine M. Porterfield<br>DLA Piper<br>919 N. Market Street, Suite 1500<br>Wilmington, DE  19801 |

Chad S.C. Stover
CONNOLLY BOVE LODGE & HUTZ
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

**BY ELECTRONIC AND U.S. MAIL**

Bradley W. Caldwell
Holly E. Engelmann
McKOOL SMITH
300 Crescent Court, Suite 1500
Dallas, TX 75201

Max Ciccarelli
Justin S. Cohen
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201

John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Darren E. Donnelly
J. David Hadden
William A. Moseley
Saina S. Shamilov
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

Ryan J. Marton
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

Brian Erickson
Aaron Fountain
John Guaragna
DLA PIPER
401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799

Arthur A. Gasey
Paul C. Gibbons
NIRO, HALLER & NIRO, Ltd.
181 West Madison Street, Suite 4600
Chicago, Illinois 60602-4515

George W. Jordan, III
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Wab Kadaba
George L. Murphy
KILPATRICK TOWNSEND
   & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528

| | |
|---|---|
| March 15, 2012<br><br>OF COUNSEL:<br><br>Bruce D. Kuyper<br>Marc A. Fenster<br>Fredericka Ung<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, Twelfth Floor<br>Los Angeles, CA  90025-1031<br>(310)826-7474<br>bkuyper@raklaw.com<br>mfenster@raklaw.com<br>fung@raklaw.com | BAYARD, P.A.<br><br>/s/ Vanessa R. Tiradentes<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Plaintiff CyberFone Systems, LLC* |