IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), , <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON SERVICES LLC, EBAY INC., PAYPAL, INC., KAYAK SOFTWARE CORPORATION, EXPEDIA INC., PRICELINE.COM INC., TRAVELOCITY.COM, LP, ORBITZ WORLDWIDE, LLC, AMERICAN AIRLINES, INC., UNITED AIR LINES, INC., SOUTHWEST AIRLINES CO., AVIS BUDGET GROUP, INC., ROUNDARCH, INC., THE HERTZ CORPORATION, HOTELS.COM L.P., MARRIOTT INTERNATIONAL, INC., HILTON WORLDWIDE, INC., HILTON HOTELS CORPORATION, HILTON GARDEN INNS MANAGEMENT LLC, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., PURE BIZ SOLUTIONS LLC, INTER-CONTINENTAL HOTELS CORPORATION, AND SIX CONTINENTS HOTELS, INC., <br><br> Defendants. | C.A. No. 11-831 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following were caused to be served on March 27, 2012 upon the following in the manner indicated:

1. Initial Disclosures of Defendant PayPal, Inc.;

2. Initial Disclosures of Defendant eBay Inc.;

3. Initial Disclosures of Defendant Hotels.com, L.P.;

4. Initial Disclosures of Defendant Priceline.com Inc.;

     5.     Initial Disclosures of Defendant Travelocity.com LP;

     6.     Initial Disclosures of Defendant Kayak Software Corporation; and

     7.     Initial Disclosures of Defendant Expedia Inc.

Richard D. Kirk, Esquire      *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa Ribeiro Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Plaintiff*

Marc A. Fenster, Esquire      *VIA ELECTRONIC MAIL*
Bruce D. Kuyper, Esquire
Fredrica Ung, Esquire
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
*Attorneys for Plaintiffs*

Richard L. Horwitz, Esquire      *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Amazon.com, Inc. and Delta*
*Airlines, Inc.*

J. David Hadden, Esquire      *VIA ELECTRONIC MAIL*
Darren E. Donnelly, Esquire
Saina S. Shamilov, Esquire
William A. Mosely, Esquire
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
*Attorneys for Amazon.com Inc.*

Ryan J. Marton, Esquire      *VIA ELECTRONIC MAIL*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
*Attorneys for Amazon.com Inc.*

Frederick L. Cottrell, III, Esquire     *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire
Travis S. Hunter, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North Market Street
Wilmington, DE 19801
*Attorneys for Marriott International, Inc.*

Brian M. Koide, Esquire     *VIA ELECTRONIC MAIL*
John L. Cuddihy, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
*Attorneys for Marriott International, Inc.*

Lauren Murphy Pringle, Esquire     *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
*Attorneys for Avis Budget Group, Hertz Corporation and Orbitz Worldwide*

Denise S. Kraft, Esquire     *VIA ELECTRONIC MAIL*
Aleine Porterfield, Esquire
DLA PIPER (US) LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
*Attorneys for Starwood Hotels & Resorts Worldwide Inc.*

Aaron Fountain, Esquire     *VIA ELECTRONIC MAIL*
John Guaragna, Esquire
Brian Erickson, Esquire
DLA PIPER (US) LLP
401 Congress Avenue, Suite 2500
Austin, TX 78701
*Attorneys for Starwood Hotels & Resorts Worldwide Inc.*

Jack B. Blumenfeld, Esquire      *VIA ELECTRONIC MAIL*
Karen Jacobs Louden, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP, Hilton Worldwide Inc., Hilton Hotels Corp., Hilton Garden Innus Management LLC, Intercontinental Hotels Corporation, Six Contintents Hotels and United Airlines Inc.*

George W. Jordan, III, Esquire      *VIA ELECTRONIC MAIL*
Richard Zembek, Esquire
FULBRIGHT & JAWORSKI LLP
Fulbright Tower
1301 McKinney, Suite 1500
Houston, TX 77010
*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP*

Dan Davison, Esquire      *VIA ELECTRONIC MAIL*
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue
Dallas, TX 75201
*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP*

Wab P. Kadaba, Esquire      *VIA ELECTRONIC MAIL*
George Murphy, Esquire
John Alemanni, Esquire
Michael Morlock, Esquire
Steve Baskin, Esquire
KILPATRICK TOWNSEND & STOCKTON LLP
*Attorneys for United Airlines Inc., Intercontinental Hotels Corporation and Six Continents Hotels*

Chad S.C. Stover, Esquire                                         *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for American Airlines, Inc.*

Bradley W. Caldwell, Esquire                                      *VIA ELECTRONIC MAIL*
Holly E. Engelmann
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
*Attorneys for American Airlines, Inc.*

Thomas Halkowski, Esquire                                         *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
17th Floor
P.O. Box 1114
Wilmington, DE 19801
*Attorneys for Pure Biz*

Timothy W. Riffe, Esquire                                         *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
1425 K. Street, NW, 11th Floor
Washington, DC 20005
*Attorneys for Pure Biz*

Thomas C. Grimm, Esquire                                          *VIA ELECTRONIC MAIL*
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Roundarch*

Arthur Gasey, Esquire                                             *VIA ELECTRONIC MAIL*
Paul Gibbons, Esquire
NIRO, HALLER & NIRO LTD.
181 West Madison Street, Suite 4600
Chicago, IL 60602-4515
*Attorneys for Roundarch*

Kelly E. Farnan, Esquire                          *VIA ELECTRONIC MAIL*
Allen Terrell, Jr., Esquire
RICHARD LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for Southwest Airlines*

Max Ciccarelli, Esquire                           *VIA ELECTRONIC MAIL*
Justin Cohen, Esquire
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
*Attorneys for Southwest Airlines*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon*
_____

OF COUNSEL:

Dan D. Davison
Brandy S. Nolan
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
(214) 855-8000

Richard S. Zembek
George W. Jordan III
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
(713) 651-5151

March 27, 2012
5829762.1

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Paul Saindon (#5110)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
psaindon@mnat.com

*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc. and Travelocity.com LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 27, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa Ribeiro Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Bruce D. Kuyper, Esquire<br>Fredrica Ung, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025-1031<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Amazon.com, Inc. and Delta Airlines, Inc.* | *VIA ELECTRONIC MAIL* |
| J. David Hadden, Esquire<br>Darren E. Donnelly, Esquire<br>Saina S. Shamilov, Esquire<br>William A. Mosely, Esquire<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>*Attorneys for Amazon.com Inc.* | *VIA ELECTRONIC MAIL* |

Ryan J. Marton, Esquire                                        *VIA ELECTRONIC MAIL*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
*Attorneys for Amazon.com Inc.*

Frederick L. Cottrell, III, Esquire                            *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire
Travis S. Hunter, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North Market Street
Wilmington, DE  19801
*Attorneys for Marriott International, Inc.*

Brian M. Koide, Esquire                                        *VIA ELECTRONIC MAIL*
John L. Cuddihy, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
*Attorneys for Marriott International, Inc.*

Lauren Murphy Pringle, Esquire                                 *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
*Attorneys for Avis Budget Group, Hertz
Corporation and Orbitz Worldwide*

Denise S. Kraft, Esquire                                       *VIA ELECTRONIC MAIL*
Aleine Porterfield, Esquire
DLA PIPER (US) LLP
919 North Market Street, Suite 1500
Wilmington, DE  19801
*Attorneys for Starwood Hotels & Resorts
Worldwide Inc.*

Aaron Fountain, Esquire                                        *VIA ELECTRONIC MAIL*
John Guaragna, Esquire
Brian Erickson, Esquire
DLA PIPER (US) LLP
401 Congress Avenue, Suite 2500
Austin, TX 78701
*Attorneys for Starwood Hotels & Resorts
Worldwide Inc.*

2

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Karen Jacobs Louden, Esquire<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP, Hilton Worldwide Inc., Hilton Hotels Corp., Hilton Garden Innus Management LLC, Intercontinental Hotels Corporation, Six Contintents Hotels and United Airlines Inc.* | *VIA ELECTRONIC MAIL* |
| George W. Jordan, III, Esquire<br>Richard Zembek, Esquire<br>FULBRIGHT & JAWORSKI LLP<br>Fulbright Tower<br>1301 McKinney, Suite 1500<br>Houston, TX 77010<br>*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP* | *VIA ELECTRONIC MAIL* |
| Dan Davison, Esquire<br>FULBRIGHT & JAWORSKI LLP<br>2200 Ross Avenue<br>Dallas, TX 75201<br>*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP* | *VIA ELECTRONIC MAIL* |
| Wab P. Kadaba, Esquire<br>George Murphy, Esquire<br>John Alemanni, Esquire<br>Michael Morlock, Esquire<br>Steve Baskin, Esquire<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>*Attorneys for United Airlines Inc., Intercontinental Hotels Corporation and Six Continents Hotels* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Chad S.C. Stover, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>*Attorneys for American Airlines, Inc.* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Holly E. Engelmann<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>*Attorneys for American Airlines, Inc.* | *VIA ELECTRONIC MAIL* |
| Thomas Halkowski, Esquire<br>FISH & RICHARDSON P.C.<br>17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19801<br>*Attorneys for Pure Biz* | *VIA ELECTRONIC MAIL* |
| Timothy W. Riffe, Esquire<br>FISH & RICHARDSON P.C.<br>1425 K. Street, NW, 11th Floor<br>Washington, DC 20005<br>*Attorneys for Pure Biz* | *VIA ELECTRONIC MAIL* |
| Thomas C. Grimm, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Roundarch* | *VIA ELECTRONIC MAIL* |
| Arthur Gasey, Esquire<br>Paul Gibbons, Esquire<br>NIRO, HALLER & NIRO LTD.<br>181 West Madison Street, Suite 4600<br>Chicago, IL 60602-4515<br>*Attorneys for Roundarch* | *VIA ELECTRONIC MAIL* |

5

Kelly E. Farnan, Esquire                                            *VIA ELECTRONIC MAIL*
Allen Terrell, Jr., Esquire
RICHARD LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for Southwest Airlines*

Max Ciccarelli, Esquire                                             *VIA ELECTRONIC MAIL*
Justin Cohen, Esquire
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
*Attorneys for Southwest Airlines*

                                                                                              */s/ Paul Saindon*

                                                                                              Paul Saindon (#5110)