IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 11-831 (SLR) |
| v. | ) ) | |
| AMAZON.COM, INC.; AMAZON SERVICES LLC; EBAY INC.; PAYPAL, INC.; KAYAK SOFTWARE CORPORATION; EXPEDIA INC.; PRICELINE.COM INC.; TRAVELOCITY.COM, LP.; ORBITZ WORLDWIDE, INC.; AMERICAN AIRLINES, INC.; DELTA AIRLINES, INC.; UNITED AIRLINES, INC.; SOUTHWEST AIRLINES CO.; AVIS BUDGET GROUP, INC.; ROUNDARCH, INC.; THE HERTZ CORPORATION; HOTELS.COM L.P.; MARRIOTT INTERNATIONAL, INC. HILTON WORLDWIDE, INC.; HILTON HOTELS CORPORATION; HILTON GARDEN INNS MANAGEMENT LLC; STARWOOD HOTELS AND RESORTS WORLDWIDE, INC.; PURE BIZ SOLUTIONS LLC; INTER-CONTINENTAL HOTELS CORPORATION AND SIX CONTINENTS HOTEL, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of *Initial Disclosures of Defendant Roundarch, Inc.* were caused to be served on March 27, 2012, upon counsel for Plaintiff CyberFone Systems, LLC in the manner indicated:

| | |
|---|---|
| **BY E-MAIL** | **BY E-MAIL** |
| BAYARD, P.A. | RUSS AUGUST & KABAT |
| Richard D. Kirk | Bruce D. Kuyper |
| **rkirk@bayardlaw.com** | **bkuyper@raklaw.com** |
| Stephen B. Brauerman | Marc A. Fenster |
| **sbrauerman@bayardlaw.com** | **mfenster@raklaw.com** |
| Vanessa Ribeiro Tiradentes | Fredricka Ung |
| **vtiradentes@bayardlaw.com** | **fung@raklaw.com** |

Courtesy copies of the foregoing were sent on March 27, 2012, by e-mail to all counsel of record for Defendants.

OF COUNSEL:

Paul C. Gibbons
Arthur A. Gasey
NIRO, HALLER & NIRO, LTD.
181West Madison Street, Suite 4600
Chicago, Il 60602-4515
(312) 236-0733

March 27, 2012

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Defendant Roundarch, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing were caused to be served on March 27, 2012, upon counsel for Plaintiff CyberFone Systems, LLC in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| BAYARD, P.A. | RUSS AUGUST & KABAT |
| Richard D. Kirk<br>**rkirk@bayardlaw.com** | Bruce D. Kuyper<br>**bkuyper@raklaw.com** |
| Stephen B. Brauerman<br>**sbrauerman@bayardlaw.com** | Marc A. Fenster<br>**mfenster@raklaw.com** |
| Vanessa Ribeiro Tiradentes<br>**vtiradentes@bayardlaw.com** | Fredricka Ung<br>**fung@raklaw.com** |

Courtesy copies of the foregoing were sent on March 27, 2012, by e-mail to all counsel of record for Defendants.

*/s/ Thomas C. Grimm*
Thomas C. Grimm (#1098)