IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 11-831-SLR |
| ) | |
| AMAZON.COM, INC., et al ) | |
| ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 27, 2012 true and correct copies of Defendant Marriott International, Inc.'s Initial Disclosures were caused to be served upon the following counsel of record in the manner noted below:

**VIA U.S. MAIL & E-MAIL**

Richard D. Kirk, Esquire
Stephen B. Brauerman, Esquire
Vanessa Ribeiro Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Plaintiff*

**VIA EMAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON &CORROON LLP
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Amazon.com, Inc. and Delta Airlines, Inc.*

**VIA EMAIL**

Ryan J. Marton, Esquire
FENWICK &WEST LLP

**VIA U.S. MAIL E-MAIL**

Marc A. Fenster, Esquire
Bruce D. Kuyper, Esquire
Fredrica Ung, Esquire
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
*Attorneys for Plaintiffs*

**VIA EMAIL**

J. David Hadden, Esquire
Darren E. Donnelly, Esquire
Saina S. Shamilov, Esquire
William A. Mosely, Esquire
FENWICK &WEST LLP
801 California Street
Mountain View, CA 94041
*Attorneys for Amazon.com Inc.*

**VIA EMAIL**

Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.

555 California Street, 12th Floor
San Francisco, CA 94104
*Attorneys for Amazon.com Inc.*

**VIA EMAIL**

Denise S. Kraft, Esquire
Aleine Porterfield, Esquire
DLAPIPER (US) LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
*Attorneys for Starwood Hotels & Resorts Worldwide Inc.*

**VIA EMAIL**

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP, Hilton Worldwide Inc., Hilton Hotels Corp., Hilton Garden Innus Management LLC, Intercontinental Hotels Corporation, Six Contintents Hotels and United Airlines Inc*

**VIA EMAIL**

Dan Davison, Esquire
FULBRIGHT &JAWORSKI LLP
2200 Ross Avenue
Dallas, TX 75201
*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP*

**VIA EMAIL**

Chad S.C. Stover, Esquire
CONNOLLY BOVE LODGE &HUTZ LLP
The Nemours Building
1007 North Orange Street

222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
*Attorneys for Avis Budget Group, Hertz Corporation and Orbitz Worldwide*

**VIA EMAIL**

Aaron Fountain, Esquire
John Guaragna, Esquire
Brian Erickson, Esquire
DLAPIPER (US) LLP
401 Congress Avenue, Suite 2500
Austin, TX 78701
*Attorneys for Starwood Hotels & Resorts Worldwide Inc.*

**VIA EMAIL**

George W. Jordan, III, Esquire
Richard Zembek, Esquire
FULBRIGHT &JAWORSKI LLP
Fulbright Tower
1301 McKinney, Suite 1500
Houston, TX 77010
*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP*

**VIA EMAIL**

Wab P. Kadaba, Esquire
George Murphy, Esquire
John Alemanni, Esquire
Michael Morlock, Esquire
Steve Baskin, Esquire
KILPATRICK TOWNSEND &STOCKTON LLP
*Attorneys for United Airlines Inc., Intercontinental Hotels Corporation and Six Continents Hotels*

**VIA EMAIL**

Bradley W. Caldwell, Esquire
Holly E. Engelmann
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500

P.O. Box 2207
Wilmington, DE 19899
*Attorneys for American Airlines, Inc.*
**VIA EMAIL**

Thomas Halkowski, Esquire
FISH & RICHARDSON P.C.
17th Floor
P.O. Box 1114
Wilmington, DE 19801
*Attorneys for Pure Biz*
**VIA EMAIL**

Thomas C. Grimm, Esquire
MORRIS NICHOLS ARSHT &TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Roundarch*
**VIA EMAIL**

Kelly E. Farnan, Esquire
Allen Terrell, Jr., Esquire
RICHARD LAYTON &FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for Southwest Airlines*
**VIA EMAIL**

Paul Saindon (#5110)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
psaindon@mnat.com

Dallas, TX 75201
*Attorneys for American Airlines, Inc.*

**VIA EMAIL**

Timothy W. Riffe, Esquire
FISH & RICHARDSON P.C.
1425 K. Street, NW, 11th Floor
Washington, DC 20005
*Attorneys for Pure Biz*

**VIA EMAIL**

Arthur Gasey, Esquire
Paul Gibbons, Esquire
NIRO, HALLER &NIRO LTD.
181 West Madison Street, Suite 4600
Chicago, IL 60602-4515
*Attorneys for Roundarch*
**VIA EMAIL**

Max Ciccarelli, Esquire
Justin Cohen, Esquire
THOMPSON &KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
*Attorneys for Southwest Airlines*
**VIA EMAIL**

Dan D. Davison
Brandy S. Nolan
FULBRIGHT &JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
(214) 855-8000

Richard S. Zembek
George W. Jordan III
FULBRIGHT &JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
(713) 651-5151

<table>
<tr><td>

OF COUNSEL:

John L. Cuddihy
Brian M. Koide
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
(202) 624-2500
jcuddihy@crowell.com
bkoide@crowell.com

Dated: March 27, 2012

</td><td>

*/s/ Travis S. Hunter*
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Travis S. Hunter (#5350)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com

*Attorneys for Defendant
Marriott International, Inc.*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2012, I caused to be served copies of the foregoing document in the manner indicated below and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following counsel of record:

**VIA U.S. MAIL & E-MAIL**

Richard D. Kirk, Esquire
Stephen B. Brauerman, Esquire
Vanessa Ribeiro Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Plaintiff*

**VIA EMAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON &CORROON LLP
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Amazon.com, Inc. and Delta Airlines, Inc.*

**VIA EMAIL**

Ryan J. Marton, Esquire
FENWICK &WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
*Attorneys for Amazon.com Inc.*

**VIA EMAIL**

Denise S. Kraft, Esquire
Aleine Porterfield, Esquire
DLAPIPER (US) LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
*Attorneys for Starwood Hotels & Resorts*

**VIA U.S. MAIL E-MAIL**

Marc A. Fenster, Esquire
Bruce D. Kuyper, Esquire
Fredrica Ung, Esquire
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
*Attorneys for Plaintiffs*

**VIA EMAIL**

J. David Hadden, Esquire
Darren E. Donnelly, Esquire
Saina S. Shamilov, Esquire
William A. Mosely, Esquire
FENWICK &WEST LLP
801 California Street
Mountain View, CA 94041
*Attorneys for Amazon.com Inc.*

**VIA EMAIL**

Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
*Attorneys for Avis Budget Group, Hertz Corporation and Orbitz Worldwide*

**VIA EMAIL**

Aaron Fountain, Esquire
John Guaragna, Esquire
Brian Erickson, Esquire
DLAPIPER (US) LLP
401 Congress Avenue, Suite 2500
Austin, TX 78701

*Worldwide Inc.*

**VIA EMAIL**

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP, Hilton Worldwide Inc., Hilton Hotels Corp., Hilton Garden Innus Management LLC, Intercontinental Hotels Corporation, Six Contintents Hotels and United Airlines Inc*

**VIA EMAIL**

Dan Davison, Esquire
FULBRIGHT &JAWORSKI LLP
2200 Ross Avenue
Dallas, TX 75201
*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP*

**VIA EMAIL**

Chad S.C. Stover, Esquire
CONNOLLY BOVE LODGE &HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for American Airlines, Inc.*

**VIA EMAIL**

Thomas Halkowski, Esquire
FISH & RICHARDSON P.C.
17th Floor
P.O. Box 1114
Wilmington, DE 19801
*Attorneys for Pure Biz*

**VIA EMAIL**

*Attorneys for Starwood Hotels & Resorts Worldwide Inc.*

**VIA EMAIL**

George W. Jordan, III, Esquire
Richard Zembek, Esquire
FULBRIGHT &JAWORSKI LLP
Fulbright Tower
1301 McKinney, Suite 1500
Houston, TX 77010
*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP*

**VIA EMAIL**

Wab P. Kadaba, Esquire
George Murphy, Esquire
John Alemanni, Esquire
Michael Morlock, Esquire
Steve Baskin, Esquire
KILPATRICK TOWNSEND &STOCKTON LLP
*Attorneys for United Airlines Inc., Intercontinental Hotels Corporation and Six Continents Hotels*

**VIA EMAIL**

Bradley W. Caldwell, Esquire
Holly E. Engelmann
McKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
*Attorneys for American Airlines, Inc.*

**VIA EMAIL**

Timothy W. Riffe, Esquire
FISH & RICHARDSON P.C.
1425 K. Street, NW, 11th Floor
Washington, DC 20005
*Attorneys for Pure Biz*

**VIA EMAIL**

Thomas C. Grimm, Esquire
MORRIS NICHOLS ARSHT &TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Roundarch*
**VIA EMAIL**

Kelly E. Farnan, Esquire
Allen Terrell, Jr., Esquire
RICHARD LAYTON &FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for Southwest Airlines*
**VIA EMAIL**

Paul Saindon (#5110)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
psaindon@mnat.com

Arthur Gasey, Esquire
Paul Gibbons, Esquire
NIRO, HALLER &NIRO LTD.
181 West Madison Street, Suite 4600
Chicago, IL 60602-4515
*Attorneys for Roundarch*
**VIA EMAIL**

Max Ciccarelli, Esquire
Justin Cohen, Esquire
THOMPSON &KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
*Attorneys for Southwest Airlines*
**VIA EMAIL**

Dan D. Davison
Brandy S. Nolan
FULBRIGHT &JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
(214) 855-8000

Richard S. Zembek
George W. Jordan III
FULBRIGHT &JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
(713) 651-5151

*/s/ Travis S. Hunter*
Travis S. Hunter (#5350)
hunter@rlf.com