IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formally known as LVL PATENT GROUP, LLC),<br><br>                    Plaintiff,<br>v.<br><br>AMAZON.COM, INC., *et al.*<br><br>                    Defendants. | Civil Action No. 11-831-SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 27, 2012, a copy of Defendant Southwest Airlines Co.'s Initial Disclosures was served on counsel as follows:

**BY E-MAIL:**

Stephen B. Brauerman
Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
sbrauerman@bayardlaw.com
rkirk@bayardlaw.com


J. David Hadden
Darren E. Connelly
Saina S. Shamilov
William A. Moseley
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
dhadden@fenwick.com
ddonnelly@fenwick.com
sshamilov@fenwick.com
wmoseley@fenwick.com

Marc A. Fenster
Bruce D. Kuyper
Fredricka Ung
Eric J. Carsten
Russ August & Kabat
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
bkuyper@raklaw.com
fung@raklaw.com
ecarsten@raklaw.com


Ryan J. Marton
Fenwick & West LLP
555 California Street, 12th Fl.
San Francisco, CA 94104
rmarton@fenwick.com

Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Fl.
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com


Bradley W. Caldwell
Holly E. Engelmann
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com


Dan D. Davison
Fullbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
ddavison@fulbright.com

George L. Murphy, Jr.
Vaibhav P. Kadaba
Kilpatrick, Townsend &Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
gmurphy@kilpatricktownsend.com
wkadaba@kilpatricktownsend.com

Brian M. Koide
John L Cuddihy
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 2004-2595
bkoide@crowell.com
jcuddihy@crowell.com

Chad S.C. Stover
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
cstover@cblh.com


Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com


Richard S. Zembek George
W. Jordan, III
Fulbright & Jaworski L.L.P.
1300 McKinney, Suite 5100
Houston, TX 77010
rzembek@fulbright.com
gjordan@fulbright.com


Thomas L. Halkowski
Fish & Richardson, PC
222 Delaware Avenue, 17th Fl.
Wilmington, DE 19801
halkowski@fr.com


Paul C. Gibbons
Arthur A. Gasey
Niro, Haller & Niro, LTD.
181 West Madison Street
Suite 4600
Chicago, IL 60602
gibbons@nshn.com
gasey@nshn.com

| | |
|---|---|
| Thomas C. Grimm<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899-1347<br>tgrimm@mnat.comAttorneys for Defendant<br>Roundarch, Inc<br><br>Denise Seastone Kraft<br>Aleine Michelle Porterfield<br>DLA Piper LLP<br>919 N. Market St., Suite 1500<br>Wilmington, DE 19801<br>denise.kraft@dlapiper.com<br>aleine.porterfield@dlapiper.com<br><br><br>Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Travis S. Hunter<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>gaza@rlf.com<br>hunter@rlf.com | Aaron Fountain<br>John Guaragna<br>Brian Erickson<br>DLA Piper (US) LLP<br>401 Congress Avenue, Suite 2500<br>Austin, TX 78701-3799<br>aaron.fountain@dlapiper.com<br>john.guaragna@dlapiper.com<br>brian.erickson@dlapiper.com<br><br><br>Richard L. Horwitz<br>David Ellis Moore<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| OF COUNSEL:<br><br>Max Ciccarelli<br>  Max.Ciccarelli@tklaw.com<br>Justin S. Cohen<br>  Justin.Cohen@tklaw.com<br><br>Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh St., Suite 1500<br>Dallas, Texas 75201<br>214-969-1700 | /s/ Kelly E. Farnan<br>Allen Terrell, Jr. (#937)<br>Terrell@rlf.com<br>Kelly E. Farnan (#4395)<br>Farnan@rlf.com<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>*Attorneys for Defendant Southwest Airlines Co.* |

Dated: March 27, 2012