# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),       )<br>)<br>Plaintiff,       )<br>)<br>v.       )<br>)<br>AMAZON.COM, INC.; et al.,       )<br>)<br>Defendants.       ) | C.A. No. 11-831-SLR<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on March 27, 2012, upon the following attorneys of record as indicated below:

**DEFENDANTS AMAZON.COM, INC. AND AMAZON SERVICES LLC'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

## VIA ELECTRONIC MAIL

Stephen B. Brauerman
Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
sbrauerman@bayardlaw.com
rkird@bayardlaw.com
*Attorneys for Plaintiff CyberFone Systems, LLC*

Marc A. Fenster
Bruce D. Kuyper
Fredricka Ung
Eric J. Carsten
Russ August & Kabat
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
bkuyper@raklaw.com
fung@raklaw.com
ecarsten@raklaw.com
*Attorneys for Plaintiff CyberFone Systems, LLC*

J. David Hadden
Darren E. Donnelly
Saina S. Shamilov
William A. Moseley
FENWICK & West LLP
801 California Street
Mountain View, CA  94041
dhadden@fenwick.com
ddonnelly@fenwick.com
sshamilov@fenwick.com
wmoseley@fenwick.com
*Attorneys for Defendant Amazon.com, Inc.*

Ryan J. Marton
Fenwick & West LLP
555 California Street, 12th Fl.
San Francisco, CA  94104
rmarton@fenwick.com
*Attorneys for Defendant Amazon, Inc.*

Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Fl.
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com
*Attorneys for Defendants AVIS Budget Group Inc., Hertz Corporation and Orbitz Worldwide LLC*

Chad S.C. Stover
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
cstover@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

Bradley W. Caldwell
Holly E. Engelmann
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX  75201
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com
*Attorneys for Defendant American Airlines, Inc.*

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants eBay Inc., Expedia Inc., Hilton Hotels Worldwide Inc., Hilton Garden Inns Management LLC, Hotels.com LP, Intercontinental Hotels Corporation, Kayak Software Corporation, PayPal, Inc., Priceline.com Incorporated, Six Continents Hotel, Inc., Travelocity.com LP and United Airlines Inc.*

Dan D. Davison
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX  75201
ddavison@fulbright.com
*Attorneys for Defendants eBay Inc., Expedia Inc., Hotels.com LP, Kayak Software Corporation, PayPal, Inc., Priceline.com Incorporates and Travelocity.com LP*

Richard S. Zembek
George W. Jordan, III
Fulbright & Jaworski L.L.P.
1300 McKinney, Suite 5100
Houston, TX  77010
rzembek@fulbright.com
gjordan@fulbright.com
*Attorneys for Defendants eBay Inc., Expedia Inc., Hotels.com LP, Kayak Software Corporation, PayPal, Inc., Priceline.com Incorporates and Travelocity.com LP*

George L. Murphy, Jr.
Vaibhav P. Kadaba
Kilpatrick, Townsend &Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
gmurphy@kilpatricktownsend.com
wkadaba@kilpatricktownsend.com
*Attorneys for Defendant Intercontinental Hotels Corporation and Six Continents Hotel, Inc.,*

Frederick L. Cottrell, III
Anne Shea Gaza
Travis S. Hunter
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com
*Attorneys for Defendant Marriott International Inc.*

Brian M. Koide
John L Cuddihy
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 2004-2595
bkoide@crowell.com
jcuddihy@crowell.com
*Attorneys for Defendant Marriott International Inc.*

Thomas L. Halkowski
Fish & Richardson, PC
222 Delaware Avenue, 17th Fl.
Wilmington, DE  19801
halkowski@fr.com
*Attorneys for Defendant Pure Biz Solutions, LLC*

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
tgrimm@mnat.com
*Attorneys for Defendant Roundarch, Inc.*

Paul C. Gibbons
Arthur A. Gasey
Niro, Haller & Niro, LTD.
181 West Madison Street
Suite 4600
Chicago, IL  60602
gibbons@nshn.com
gasey@nshn.com
*Attorneys for Defendant Roundarch, Inc.*

Allen Terrell, Jr.
Kelly E. Farnan
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Terrell@rlf.com
Farnan@rlf.com
*Attorneys for Defendant Southwest Airlines Co.*

Denise Seastone Kraft
Aleine M. Porterfield
DLA Piper (US) LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

Max Ciccarelli
Justin S. Cohen
Thompson & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, TX 75201
max.ciccarelli@tklaw.com
justin.cohen@tklaw.com
*Attorneys for Defendant Southwest Airlines Co.*

Aaron Fountain
John Guaragna
Brian Erickson
DLA Piper (US) LLP
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
aaron.fountain@dlapiper.com
john.guaragna@dlapiper.com
brian.erickson@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

OF COUNSEL:

J. David Hadden
Darren E. Donnelly
Saina S. Shamilov
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500

Ryan J. Marton
FENWICK & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    1313 N. Market Street
    Hercules Plaza, 6th Floor
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant Amazon.com, Inc.*

Dated: March 28, 2012
1052970 / 37352

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 28, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 28, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Stephen B. Brauerman<br>Richard D. Kirk<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19899<br>sbrauerman@bayardlaw.com<br>rkird@bayardlaw.com<br>*Attorneys for Plaintiff CyberFone Systems, LLC* | Marc A. Fenster<br>Bruce D. Kuyper<br>Fredricka Ung<br>Eric J. Carsten<br>Russ August & Kabat<br>12424 Wilshire Blvd., Suite 1200<br>Los Angeles, CA  90025<br>mfenster@raklaw.com<br>bkuyper@raklaw.com<br>fung@raklaw.com<br>ecarsten@raklaw.com<br>cyberfone@raklaw.com<br>*Attorneys for Plaintiff CyberFone Systems, LLC* |
| J. David Hadden<br>Darren E. Donnelly<br>Saina S. Shamilov<br>William A. Moseley<br>FENWICK & West LLP<br>801 California Street<br>Mountain View, CA  94041<br>dhadden@fenwick.com<br>ddonnelly@fenwick.com<br>sshamilov@fenwick.com<br>wmoseley@fenwick.com<br>*Attorneys for Defendant Amazon.com, Inc.* | Ryan J. Marton<br>Fenwick & West LLP<br>555 California Street, 12th Fl.<br>San Francisco, CA  94104<br>rmarton@fenwick.com<br>*Attorneys for Defendant Amazon, Inc.* |

| | |
|---|---|
| Lauren Murphy Pringle<br>Fish & Richardson, P.C.<br>222 Delaware Avenue, 17th Fl.<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>pringle@fr.com<br>*Attorneys for Defendants AVIS Budget Group Inc., Hertz Corporation and Orbitz Worldwide LLC* | Chad S.C. Stover<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P. O. Box 2207<br>Wilmington, DE 19899<br>cstover@cblh.com<br>*Attorneys for Defendant American Airlines, Inc.* |
| Bradley W. Caldwell<br>Holly E. Engelmann<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, TX  75201<br>bcaldwell@mckoolsmith.com<br>hengelmann@mckoolsmith.com<br>*Attorneys for Defendant American Airlines, Inc.* | Jack B. Blumenfeld<br>Karen Jacobs Louden<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>*Attorneys for Defendants eBay Inc., Expedia Inc., Hilton Hotels Worldwide Inc., Hilton Garden Inns Management LLC, Hotels.com LP, Intercontinental Hotels Corporation, Kayak Software Corporation, PayPal, Inc., Priceline.com Incorporated, Six Continents Hotel, Inc., Travelocity.com LP and United Airlines Inc.* |
| Dan D. Davison<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX  75201<br>ddavison@fulbright.com<br>*Attorneys for Defendants eBay Inc., Expedia Inc., Hotels.com LP, Kayak Software Corporation, PayPal, Inc., Priceline.com Incorporates and Travelocity.com LP* | Richard S. Zembek<br>George W. Jordan, III<br>Fulbright & Jaworski L.L.P.<br>1300 McKinney, Suite 5100<br>Houston, TX  77010<br>rzembek@fulbright.com<br>gjordan@fulbright.com<br>*Attorneys for Defendants eBay Inc., Expedia Inc., Hotels.com LP, Kayak Software Corporation, PayPal, Inc., Priceline.com Incorporates and Travelocity.com LP* |

| | |
|---|---|
| George L. Murphy, Jr.<br>Vaibhav P. Kadaba<br>Kilpatrick, Townsend &Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>gmurphy@kilpatricktownsend.com<br>wkadaba@kilpatricktownsend.com<br>*Attorneys for Defendant Intercontinental Hotels Corporation and Six Continents Hotel, Inc.,* | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Travis S. Hunter<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>gaza@rlf.com<br>hunter@rlf.com<br>*Attorneys for Defendant Marriott International Inc.* |
| Brian M. Koide<br>John L Cuddihy<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 2004-2595<br>bkoide@crowell.com<br>jcuddihy@crowell.com<br>*Attorneys for Defendant Marriott International Inc.* | Thomas L. Halkowski<br>Fish & Richardson, PC<br>222 Delaware Avenue, 17th Fl.<br>Wilmington, DE  19801<br>halkowski@fr.com<br>*Attorneys for Defendant Pure Biz Solutions, LLC* |
| Thomas C. Grimm<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899-1347<br>tgrimm@mnat.com<br>*Attorneys for Defendant Roundarch, Inc.* | Paul C. Gibbons<br>Arthur A. Gasey<br>Niro, Haller & Niro, LTD.<br>181 West Madison Street<br>Suite 4600<br>Chicago, IL  60602<br>gibbons@nshn.com<br>gasey@nshn.com<br>*Attorneys for Defendant Roundarch, Inc.* |
| Allen Terrell, Jr.<br>Kelly E. Farnan<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE  19801<br>Terrell@rlf.com<br>Farnan@rlf.com<br>*Attorneys for Defendant Southwest Airlines Co.* | Max Ciccarelli<br>Justin S. Cohen<br>Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh St., Suite 1500<br>Dallas, TX  75201<br>max.ciccarelli@tklaw.com<br>justin.cohen@tklaw.com<br>*Attorneys for Defendant Southwest Airlines Co.* |

| | |
|---|---|
| Denise Seastone Kraft<br>Aleine M. Porterfield<br>DLA Piper (US) LLP<br>919 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>denise.kraft@dlapiper.com<br>aleine.porterfield@dlapiper.com<br>*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.* | Aaron Fountain<br>John Guaragna<br>Brian Erickson<br>DLA Piper (US) LLP<br>401 Congress Avenue, Suite 2500<br>Austin, TX 78701-3799<br>aaron.fountain@dlapiper.com<br>john.guaragna@dlapiper.com<br>brian.erickson@dlapiper.com<br>*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.* |

By:   */s/ David E. Moore*
        Richard L. Horwitz
        David E. Moore
        POTTER ANDERSON & CORROON LLP
        Tel: (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

1032871 / (37352/38411)