IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DLEAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS LLC formerly known as LVL PATENT GROUP, LLC,<br><br>       Plaintiff<br><br>v.<br><br>AMAZON.COM, INC., ET AL.<br><br>       Defendants | C.A. No. 1:11-cv-00831-SLR<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 30, 2012, a true and correct copy of the Initial Disclosures of Defendants The Hertz Corporation, Orbitz Worldwide, LLC, Avis Budget Group, Inc. and Pure Biz Solutions, LLC were caused to be served on the following attorneys, via email.

Richard D. Kirk, Esq.
Stephen B. Brauerman
Vanessa Ribeiro Tiradentes
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Marc A. Fenster
Bruce D. Kuyper
Fredericka Ung
Russ August & Kabat
12424 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90025

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON &CORROON LLP
1313 North Market Street
Wilmington, DE 19801

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Travis S. Hunter, Esquire
RICHARDS, LAYTON &FINGER, P.A.
One Rodney Square
920 North Market Street
Wilmington, DE 19801

J. David Hadden, Esquire
Darren E. Donnelly, Esquire
Saina S. Shamilov, Esquire
William A. Mosely, Esquire
FENWICK &WEST LLP
801 California Street
Mountain View, CA 94041

Ryan J. Marton, Esquire
FENWICK &WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell LLP
Thomas C. Grimm, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Chad S.C. Stover, Esquire
CONNOLLY BOVE LODGE &HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Bradley W. Caldwell, Esquire
Holly E. Engelmann
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

Brian M. Koide, Esquire
John L. Cuddihy, Esquire
CROWELL &MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Denise S. Kraft, Esquire
Aleine Porterfield, Esquire
DLAPIPER (US) LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

Aaron Fountain, Esquire
John Guaragna, Esquire
Brian Erickson, Esquire
DLAPIPER (US) LLP
401 Congress Avenue, Suite 2500
Austin, TX 78701

George W. Jordan, III, Esquire
Richard Zembek, Esquire
FULBRIGHT &JAWORSKI LLP
Fulbright Tower
1301 McKinney, Suite 1500
Houston, TX 77010

Dan Davison, Esquire
FULBRIGHT &JAWORSKI LLP
2200 Ross Avenue
Dallas, TX 75201

Wab P. Kadaba, Esquire
George Murphy, Esquire
John Alemanni, Esquire
Michael Morlock, Esquire
Steve Baskin, Esquire
KILPATRICK TOWNSEND &STOCKTON LLP
607 14th Street, N.W
Suite 900
Washington, DC, 20005-2018

Arthur Gasey, Esquire
Paul Gibbons, Esquire
NIRO, HALLER &NIRO LTD.
181 West Madison Street, Suite 4600
Chicago, IL 60602-4515

| | |
|---|---|
| Kelly E. Farnan, Esquire | Max Ciccarelli, Esquire |
| Allen Terrell, Jr., Esquire | Justin Cohen, Esquire |
| RICHARD LAYTON &FINGER P.A. | THOMPSON &KNIGHT LLP |
| One Rodney Square | One Arts Plaza |
| P.O. Box 551 | 1722 Routh Street, Suite 1500 |
| Wilmington, DE 19899 | Dallas, TX 75201 |

Dated: April 2, 2012   FISH & RICHARDSON P.C.

By: */s/ Lauren M. Pringle*
    Lauren M. Pringle
    pringle@fr.com
    Fish & Richardson PC
    222 Delaware Avenue, 17th Floor
    P. O. Box 1114
    Wilmington, DE  19899-1114
    (302) 778-8474 - Telephone
    (302) 562-0607 - Facsimile

Attorneys for Defendant
THE HERTZ CORPORATION, ORBITZ WORLDWIDE, LLC, AVIS BUDGET GROUP, INC. AND PURE BIZ SOLUTIONS, LLC