**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>      Defendants. | C.A. No. 11-831-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on April 5, 2012, copies of (1) **CYBERFONE SYSTEMS, LLC'S DISCLOSURES PURSUANT TO SECTION 3 OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION**; (2) **CYBERFONE SYSTEMS, LLC'S DISCLOSURES PURSUANT TO SECTION 4(a) OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION**; and (3) this **NOTICE OF SERVICE** were served as shown:

**BY ELECTRONIC MAIL AND HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

Thomas C. Grimm
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

Frederick L. Cottrell, III
Anne S. Gaza
Travis S. Hunter
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE  19801

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE  19801

<div style="columns:2">

Thomas L. Halkowski
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON
1313 North Market Street
Hercules Plaza, Sixth Floor
Wilmington, DE  19899

Lauren Murphy Pringle
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

Chad S.C. Stover
CONNOLLY BOVE LODGE & HUTZ
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

</div>

**BY ELECTRONIC AND U.S. MAIL**

Bradley W. Caldwell
Holly E. Engelmann
McKOOL SMITH
300 Crescent Court, Suite 1500
Dallas, TX 75201

Max Ciccarelli
Justin S. Cohen
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX  75201

John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Ryan J. Marton
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104

Darren E. Donnelly
J. David Hadden
William A. Moseley
Saina S. Shamilov
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041

Arthur A. Gasey
Paul C. Gibbons
NIRO, HALLER & NIRO, Ltd.
181 West Madison Street, Suite 4600
Chicago, Illinois 60602-4515

George W. Jordan, III
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Wab Kadaba
George L. Murphy
KILPATRICK TOWNSEND
  & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528

John C. Alemanni
KILPATRICK TOWNSEND
  & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC, 27101-2400

2

3

| | |
|---|---|
| Dated: April 5, 2012 | BAYARD, P.A. |
| Of Counsel: | /s/ *Stephen B. Brauerman* <br> Richard D. Kirk (rk0922) |
| Marc A. Fenster <br> Bruce D. Kuyper <br> Eric J. Carsten <br> Fredricka Ung <br> Russ August & Kabat <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, CA 90025-1031 <br> (310) 826-7474 <br> mfenster@raklaw.com <br> bkuyper@raklaw.com <br> ecarsten@raklaw.com <br> fung@raklaw.com | Stephen B. Brauerman (sb4952) <br> Vanessa R. Tiradentes (vt5398) <br> 222 Delaware Avenue, Suite 900 <br> Wilmington, DE 19801 <br> (302) 655-5000 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> vtiradentes@bayardlaw.com <br><br> Attorneys for Plaintiff, <br> CyberFone Systems, LLC |