# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formally known as LVL PATENT GROUP, LLC),<br><br>              Plaintiff,<br>v.<br><br>AMAZON.COM, INC., *et al.*<br><br>              Defendants. | Civil Action No. 11-831-SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 1, 2012, a copy of Defendant Southwest Airlines Co.'s Disclosure Pursuant to Section 3 of the Delaware Default Standard for Discovery was served on counsel as follows:

**VIA EMAIL**

Richard D. Kirk, Esquire
Stephen B. Brauerman, Esquire
Vanessa Ribeiro Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**VIA EMAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801

**VIA EMAIL**

Marc A. Fenster, Esquire
Bruce D. Kuyper, Esquire
Fredrica Ung, Esquire
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031

**VIA EMAIL**

J. David Hadden, Esquire
Darren E. Donnelly, Esquire
Saina S. Shamilov, Esquire
William A. Mosely, Esquire
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041

**VIA EMAIL**

Ryan J. Marton, Esquire
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

**VIA EMAIL**

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA EMAIL**

Dan Davison, Esquire
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue
Dallas, TX 75201

**VIA EMAIL**

Chad S.C. Stover, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**VIA EMAIL**

Thomas Halkowski, Esquire
FISH & RICHARDSON P.C.
17th Floor
P.O. Box 1114
Wilmington, DE 19801

**VIA EMAIL**

Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**VIA EMAIL**

George W. Jordan, III, Esquire
Richard Zembek, Esquire
FULBRIGHT & JAWORSKI LLP
Fulbright Tower
1301 McKinney, Suite 1500
Houston, TX 77010

**VIA EMAIL**

Wab P. Kadaba, Esquire
George Murphy, Esquire
John Alemanni, Esquire
Michael Morlock, Esquire
Steve Baskin, Esquire
KILPATRICK TOWNSEND & STOCKTON LLP

**VIA EMAIL**

Bradley W. Caldwell, Esquire
Holly E. Engelmann
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

**VIA EMAIL**

Timothy W. Riffe, Esquire
FISH & RICHARDSON P.C.
1425 K. Street, NW, 11th Floor
Washington, DC 20005

**VIA EMAIL**

Thomas C. Grimm, Esquire
MORRIS NICHOLS ARSHT &TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA EMAIL**

Kelly E. Farnan, Esquire
Allen Terrell, Jr., Esquire
RICHARD LAYTON &FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**VIA EMAIL**

Paul Saindon
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
psaindon@mnat.com

**VIA EMAIL**

Arthur Gasey, Esquire
Paul Gibbons, Esquire
NIRO, HALLER &NIRO LTD.
181 West Madison Street, Suite 4600
Chicago, IL 60602-4515

**VIA EMAIL**

Max Ciccarelli, Esquire
Justin Cohen, Esquire
THOMPSON &KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201

**VIA EMAIL**

Dan D. Davison
Brandy S. Nolan
FULBRIGHT &JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
(214) 855-8000

Richard S. Zembek
George W. Jordan III
FULBRIGHT &JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
(713) 651-5151

| | |
|---|---|
| OF COUNSEL:<br><br>Max Ciccarelli<br>  Max.Ciccarelli@tklaw.com<br>Justin S. Cohen<br>  Justin.Cohen@tklaw.com<br><br>Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh St., Suite 1500<br>Dallas, Texas 75201<br>214-969-1700<br><br>Dated: May 1, 2012 | /s/ Kelly E. Farnan<br>Allen Terrell, Jr. (#937)<br>Terrell@rlf.com<br>Kelly E. Farnan (#4395)<br>Farnan@rlf.com<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>*Attorneys for Defendant Southwest Airlines Co.* |