IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), ,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 11-831 (SLR)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Defendant Inter-Continental Hotels Corporation's Disclosure Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery*; (2) *Defendant Six Continents Hotels, Inc.'s Disclosure Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery*; (3) *Defendant United Air Lines, Inc.'s Disclosure Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery*; and (4) *Disclosure of Defendants Hilton Worldwide, Inc. and Hilton Garden Inns Management LLC Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery* were caused to be served on May 1, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                                                          *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa Ribeiro Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiff*

| | |
|---|---|
| Marc A. Fenster, Esquire<br>Bruce D. Kuyper, Esquire<br>Fredrica Ung, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Amazon.com, Inc. and Delta Airlines, Inc.* | *VIA ELECTRONIC MAIL* |
| J. David Hadden, Esquire<br>Darren E. Donnelly, Esquire<br>Saina S. Shamilov, Esquire<br>William A. Mosely, Esquire<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>*Attorneys for Amazon.com Inc.* | *VIA ELECTRONIC MAIL* |
| Ryan J. Marton, Esquire<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>*Attorneys for Amazon.com Inc.* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>Travis S. Hunter, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North Market Street<br>Wilmington, DE 19801<br>*Attorneysfor Marriott International, Inc.* | *VIA ELECTRONIC MAIL* |

Brian M. Koide, Esquire                                              *VIA ELECTRONIC MAIL*
John L. Cuddihy, Esquire
Craig P. Lytle, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
*Attorneys for Marriott International, Inc.*

Lauren Murphy Pringle, Esquire                                       *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
*Attorneys for Avis Budget Group, Hertz Corporation and Orbitz Worldwide*

Jack B. Blumenfeld, Esquire                                          *VIA ELECTRONIC MAIL*
Karen Jacobs Louden, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP, Hilton Worldwide Inc., Hilton Hotels Corp., Hilton Garden Innus Management LLC, Intercontinental Hotels Corporation, Six Contintents Hotels and United Airlines Inc.*

George W. Jordan, III, Esquire                                       *VIA ELECTRONIC MAIL*
Richard Zembek, Esquire
FULBRIGHT & JAWORSKI LLP
Fulbright Tower
1301 McKinney, Suite 1500
Houston, TX 77010
*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP*

Dan Davison, Esquire                                                 *VIA ELECTRONIC MAIL*
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue
Dallas, TX 75201
*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP*

| | |
|---|---|
| Wab P. Kadaba, Esquire<br>George Murphy, Esquire<br>John Alemanni, Esquire<br>Michael Morlock, Esquire<br>Steve Baskin, Esquire<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>607 14th Street, N.W., Suite 900<br>Washington, DC, 20005-2018<br>*Attorneys for United Airlines Inc.,*<br>*Intercontinental Hotels Corporation and Six*<br>*Continents Hotels* | *VIA ELECTRONIC MAIL* |
| Chad S.C. Stover, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>*Attorneys for American Airlines, Inc.* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Holly E. Engelmann<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, TX  75201<br>*Attorneys for American Airlines, Inc.* | *VIA ELECTRONIC MAIL* |
| Thomas Halkowski, Esquire<br>FISH & RICHARDSON P.C., 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19801<br>*Attorneys for Pure Biz* | *VIA ELECTRONIC MAIL* |
| Timothy W. Riffe, Esquire<br>FISH & RICHARDSON P.C.<br>1425 K. Street, NW, 11th Floor<br>Washington, DC 20005<br>*Attorneys for Pure Biz* | *VIA ELECTRONIC MAIL* |
| Thomas C. Grimm, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Roundarch* | *VIA ELECTRONIC MAIL* |


Arthur Gasey, Esquire     *VIA ELECTRONIC MAIL*
Paul Gibbons, Esquire
NIRO, HALLER & NIRO LTD.
181 West Madison Street, Suite 4600
Chicago, IL 60602-4515
*Attorneys for Roundarch*

Kelly E. Farnan, Esquire     *VIA ELECTRONIC MAIL*
Allen Terrell, Jr., Esquire
RICHARD LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for Southwest Airlines*

Max Ciccarelli, Esquire     *VIA ELECTRONIC MAIL*
Justin Cohen, Esquire
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
*Attorneys for Southwest Airlines*

                     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                     */s/ Stephen Kraftschik*

                     Jack B. Blumenfeld (#1014)
                     Karen Jacobs Louden (#2881)
                     Stephen Kraftschik (#5623)
                     1201 N. Market Street
                     P.O. Box 1347
                     Wilmington, DE  19899-1347
                     (302) 658-9200
                     jblumenfeld@mnat.com
                     klouden@mnat.com
                     skraftschik@mnat.com

May 1, 2012
5822066.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 1, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa Ribeiro Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Bruce D. Kuyper, Esquire<br>Fredrica Ung, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025-1031<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Amazon.com, Inc. and Delta Airlines, Inc.* | *VIA ELECTRONIC MAIL* |
| J. David Hadden, Esquire<br>Darren E. Donnelly, Esquire<br>Saina S. Shamilov, Esquire<br>William A. Mosely, Esquire<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>*Attorneys for Amazon.com Inc.* | *VIA ELECTRONIC MAIL* |

Ryan J. Marton, Esquire  *VIA ELECTRONIC MAIL*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
*Attorneys for Amazon.com Inc.*

Frederick L. Cottrell, III, Esquire  *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire
Travis S. Hunter, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North Market Street
Wilmington, DE  19801
*Attorneys for Marriott International, Inc.*

Brian M. Koide, Esquire  *VIA ELECTRONIC MAIL*
John L. Cuddihy, Esquire
Craig P. Lytle, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
*Attorneys for Marriott International, Inc.*

Lauren Murphy Pringle, Esquire  *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
*Attorneys for Avis Budget Group, Hertz Corporation and Orbitz Worldwide*

Jack B. Blumenfeld, Esquire  *VIA ELECTRONIC MAIL*
Karen Jacobs Louden, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP, Hilton Worldwide Inc., Hilton Hotels Corp., Hilton Garden Innus Management LLC, Intercontinental Hotels Corporation, Six Contintents Hotels and United Airlines Inc.*

George W. Jordan, III, Esquire  *VIA ELECTRONIC MAIL*
Richard Zembek, Esquire
FULBRIGHT & JAWORSKI LLP
Fulbright Tower
1301 McKinney, Suite 1500
Houston, TX 77010
*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP*

Dan Davison, Esquire  *VIA ELECTRONIC MAIL*
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue
Dallas, TX 75201
*Attorneys for eBay Inc., Expedia Inc., Kayak Software Corp., Hotels.com LP, PayPal, Inc., Priceline.com, Inc., Travelocity.com LP*

Wab P. Kadaba, Esquire  *VIA ELECTRONIC MAIL*
George Murphy, Esquire
John Alemanni, Esquire
Michael Morlock, Esquire
Steve Baskin, Esquire
KILPATRICK TOWNSEND & STOCKTON LLP
607 14th Street, N.W., Suite 900
Washington, DC, 20005-2018
*Attorneys for United Airlines Inc., Intercontinental Hotels Corporation and Six Continents Hotels*

Chad S.C. Stover, Esquire  *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
*Attorneys for American Airlines, Inc.*

Bradley W. Caldwell, Esquire  *VIA ELECTRONIC MAIL*
Holly E. Engelmann
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, TX  75201
*Attorneys for American Airlines, Inc.*

3

| | |
|---|---|
| Thomas Halkowski, Esquire<br>FISH & RICHARDSON P.C., 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19801<br>*Attorneys for Pure Biz* | *VIA ELECTRONIC MAIL* |
| Timothy W. Riffe, Esquire<br>FISH & RICHARDSON P.C.<br>1425 K. Street, NW, 11th Floor<br>Washington, DC 20005<br>*Attorneys for Pure Biz* | *VIA ELECTRONIC MAIL* |
| Thomas C. Grimm, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Roundarch* | *VIA ELECTRONIC MAIL* |
| Arthur Gasey, Esquire<br>Paul Gibbons, Esquire<br>NIRO, HALLER & NIRO LTD.<br>181 West Madison Street, Suite 4600<br>Chicago, IL 60602-4515<br>*Attorneys for Roundarch* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>Allen Terrell, Jr., Esquire<br>RICHARD LAYTON & FINGER P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>*Attorneys for Southwest Airlines* | *VIA ELECTRONIC MAIL* |
| Max Ciccarelli, Esquire<br>Justin Cohen, Esquire<br>THOMPSON & KNIGHT LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>*Attorneys for Southwest Airlines* | *VIA ELECTRONIC MAIL* |

*/s/ Stephen Kraftschik*

Stephen Kraftschik (#5623)

4